# EXHIBIT "A"

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

COBB COUNTY, GA.
FILED IN OFFICE

2018 MAY 15   PM 2 53

STATE COURT CLERK-15

GAREY HENDERSON                    )
                                   )
                                   )       CIVIL ACTION
            Plaintiff,             )
                                   )       FILE NO.
v.                                 )            18A 1265-7
                                   )
METROLINA AUTO GROUP, LLC          )
And RYAN WILDRICK,                 )
                                   )
                                   )
            Defendants.            )

## COMPLAINT

COMES NOW GAREY HENDERSON, plaintiff in the above styled action, and

for his complaint against METROLINA AUTO GROUP, LLC and RYAN WILDRICK,

states the following:

1.

Metrolina Auto Group, LLC ("Metrolina") is a for profit Limited Liability

Company organized under the laws of North Carolina which is subject to the jurisdiction

of this Court under O.C.G.A. § 9-10-91 because it has transacted business in this state

and has committed a tortious act or omission in this state, and has caused a tortious injury

in this state caused by an act or omission outside this state, while Metrolina regularly

does or solicits business in this state. Metrolina's registered office in North Carolina is

located at 6010 Kenley Lane, Charlotte, NC 28217 and its registered agent at that address

is Ryan Moreno. Metrolina's principal office is located at 6010 Kenley Lane, Charlotte,

North Carolina 28217. Venue is proper as to Metrolina because the causes of action and

claims set forth herein arose in Cobb County.

2.

Ryan Wildrick is an individual resident of North Carolina whose last known residence address is 715 North Graham Street, No. 603, Charlotte, NC 28202-2051. He works at the 6010 Kenley Lane, Charlotte, NC 28217 address and can also be served individually there. He is subject to the jurisdiction of this Court under O.C.G.A. § 9-10-91 because he has transacted business in this state and has committed a tortious act or omission in this state, and has caused a tortious injury in this state caused by an act or omission outside this state, while he regularly does or solicits business in this state. Venue is proper as to Wildrick because the causes of action and claims set forth here in arose in Cobb County.

3.

On February 4, 2016, Garey Henderson ("Plaintiff" or "Henderson") bought a 2011 Maserati Quattropport Sedan from Metrolina and Wildrick. Henderson bought this car as a premium vehicle.

4.

Henderson's purchase of the Maserati was made in actual reliance on the BUYER'S ORDER delivered to Henderson on February 4, 2016, which showed that the odometer reading on the vehicle was 4821 miles. A copy of this BUYER'S ORDER is attached hereto as Exhibit A.

5.

Metrolina and Wildrick made representations to Henderson that the Maserati was a premium vehicle in normal shape for a vehicle with 4821 miles.

6.

When defendants made these representations about the Maserati to Henderson, they were false. In fact, the vehicle had much concealed damage. The radiator support and frame rails of the Maserati had severe damage which was undetectable to the naked eye in connection with the normal use of the car. Defendants' false representations were made with the intent to deceive Henderson, and were material in that because they were false, the vehicle was not worth anywhere near the purchase price Henderson negotiated with Metrolina and Wildrick.

7.

In addition to the false representations that Metrolina and Wildrick made, Metrolina and Wildrick also intentionally and with intent to deceive Henderson made omissions to disclose the underlying damage that existed in the car, even though they had a legal duty to do so. They intentionally concealed the damage from Henderson.

8.

Henderson paid $49,084.18 in his total for the car, based on his reasonable reliance on the false representations and intentional omissions of Metrolina and Henderson.

9.

The car was delivered by Metrolina to Henderson in Atlanta, Georgia on February 23, 2016.

10.

Metrolina and Wildrick fraudulently induced Henderson into buying the vehicle and procured his purchase of the vehicle based on their intentionally false representations

and omissions.  Defendants violated 49 U.S.C.A. §§ 32705(a)(2) and O.C.G.A. § 10-1-393(5), (7) in selling Henderson the vehicle with the prior damage, and in representing the vehicle as being in normal condition for a 2011 Maserati with 4821 miles, when in fact the vehicle had such severe damage to the radiator mount and frame that Henderson was told that the vehicle was unsafe to drive by a GEICO adjuster in October, 2017.

11.

Henderson exercised due diligence and reasonably relied on Metrolina's and Wildrick's representations and omissions and demonstrated that reliance by driving this unsafe car without knowing the truth about its condition for about a year and a half.

12.

The 2011 Maserati Quattroport Sedan was involved in an accident on or about October 15, 2017. The other driver, Harry Bronson, was at fault and insured by GEICO. The Maserati sustained front end damage.

13.

Accordingly, Mr. Henderson took the Maserati to the GEICO inspection office located at 701 Cobb Parkway South, Marietta, GA 30060 on or about October 25, 2017, which is located at the body shop Classic Collision.  GEICO employee John Murray inspected the vehicle.

14.

GEICO was interested in whether the Maserati had sustained prior damage at the time GEICO made its October 25, 2017 inspection.  By looking closely, GEICO employee Murray discovered unimaginable prior damage, so severe and so threatening to

safety that GEICO refused to authorize work on the vehicle after it had suffered the damage in October, 2017.

15.

The damage was chronicled in the report attached as Exhibit B. The report noted severe damage to the radiator support and frame rails such that the front end of the vehicle threatened to collapse at any time while the vehicle was in motion. The report is dated October 31, 2017. In the report GEICO noted Classic Collision concluded the vehicle was unsafe to drive and refused to work on it.

16.

Accordingly, Henderson has not been able to use the Maserati since October 31, 2017, and its only worth currently is for scrap, after he had paid $49,084.18 for the Maserati.

17.

In light of the foregoing, the sale of the vehicle to Henderson violated The Fair Business Practices Act of 1975 (O.C.G.A. § 10-1-390 et. seq.) in that Metrolina and Wildrick knowingly made false representations about the vehicle being in normal condition for a vehicle with 4821 miles and made material omissions about the vehicle.

18.

The multiple statements made by defendants to Henderson about the vehicle, and the defendants' material omissions, were reasonably relied upon by Henderson to his detriment.

19.

Mr. Henderson exercised due diligence for a purchaser under the circumstances of this sale, by a Charlotte, NC company to an Atlanta buyer.

20.

Henderson reasonably relied upon the representations and omissions, and suffered damage as a proximate result of his justifiable reliance on the false representations and omissions made by defendants.

21.

Henderson suffered actual damages in the amount which represents the amount he paid for the vehicle minus its true worth, plus loss of use from October 31, 2017 to the present, because the vehicle had damage so severe that it was unsafe to drive and because of Classic Collision's decision not to work on the vehicle as confirmed by GEICO's claim summary. The actual damages based on the true worth of the car are at least $40,000.00. The value of the loss of use is at least $1500.00 per month.

## COUNT ONE – VIOLATION OF THE FAIR BUSINESS TRADE PRACTICES ACT

22.

The allegations of paragraphs one through twenty-one of this Complaint are incorporated herein by reference.

23.

Plaintiff complied with the anti-litem notice requirement of O.C.G.A. § 10-1-399(b) by sending a letter, a copy of which is attached as Exhibit C to Defendants. No response was received to that letter.

24.

Defendants knowingly sold the vehicle to plaintiff while representing that the vehicle had a condition and characteristic that it did not have.  Defendants also sold the vehicle to plaintiff while representing that it was a premium vehicle with a certain high quality standard or grade and while representing that the vehicle was of a particular luxury quality, when it was actually a salvage vehicle.  Defendants also omitted to tell Henderson about the severe damage the vehicle actually had received which was unrepaired.

25.

Defendants' actions violated O.C.G.A. § 10-1-393(5),(7).  A private cause of action for this violation exists under O.C.G.A. §10-1-399.

26.

Defendants are liable under O.C.G.A. § 10-1-399(c) for three times the actual damages sustained by plaintiff in purchasing the vehicle, in an amount not less than $40,000, plus the value of the loss of use in amount not less than $1500 per month to the date of trial.  The total damages trebled are in an amount not less than $151,500.00.

27.

In addition, as a result of the foregoing, the plaintiff is entitled to recover the reasonable attorneys fees and expenses of litigation under O.C.G.A. § 10-1-399(d), and exemplary damages because defendants' actions were intentional.

**COUNT TWO - FRAUD**

28.

The allegations of paragraphs one through twenty-seven of this Complaint are hereby incorporated by reference.

29.

The Defendants' statements, actions and omissions, coupled with Henderson's reliance on them after the exercise of due diligence, constitute actual fraud. Henderson suffered damages proximately caused by Henderson's actual reliance on intentional misrepresentations and omissions, computed by taking the amount paid for the vehicle, minus the amount the vehicle was really worth. This difference is in an amount to be proven at trial but not less than $40,000.00.

30.

In addition, Henderson suffered damages in that he lost the use of the Maserati for 8 months as of the date of the filing of this Complaint, and continues to be deprived of the use of the Maserati. The value of that loss is $1500 per month or at least $10,500.00 as of the date of the filing of this Complaint.

31.

The proximate cause of all of Henderson's damages were the intentional misrepresentations, false statements and omissions of Metrolina and Wildrick.

32.

Henderson is entitled to recover damages from Metrolina and Wildrick for fraud in an amount determined by the enlightened conscience of the jury, but not less than $50,500.00.

33.

As a result of the foregoing, plaintiff is entitled to a judgment against defendants in an amount to be proven at trial but not less than $50,500.00 from defendants.

## COUNT THREE – ATTORNEYS' FEES/EXPENSES OF LITIGATION

34.

The allegations of paragraphs one through thirty-three of this Complaint are hereby incorporated by reference.

35.

Defendants have acted in bad faith and have caused plaintiff unnecessary trouble and expense and are therefore liable for plaintiff's expenses of litigation, including reasonable attorneys' fees, under O.C.G.A. § 13-6-11, in an amount to be proven at trial.

36.

The measure of the damages under O.C.G.A. § 13-6-11 is the reasonable value of Plaintiff's counsel's services, plus out of pocket expenses incurred in pursuing this action.

## COUNT FOUR – PUNITIVE DAMAGES

37.

The allegations of paragraphs one through thirty-four of the Complaint are incorporated herein by reference.

38.

Defendants' actions were fraudulent and were undertaken with a specific intent to cause harm to plaintiff, or alternatively were undertaken with an entire want of care reflecting a conscious disregard for the consequences of those actions. Defendants are therefore liable for punitive damages under O.C.G.A. § 51-12-5.1.

39.

Defendants had specific harm to defraud and injure Henderson, so that there is no cap applicable on Henderson's claim for punitive damages.

40.

Alternatively, defendants acted with an entire want of care and conscious indifference to the consequences to their actions, so that they are liable to Henderson in the amount of $250,000.00 for punitive damages.

WHEREFORE, plaintiff prays that he be granted a judgment against Defendants as follows:

(a)     For treble damages under O.C.G.A § 10-1-399, in amount to be proven at trial but not less than $151,500.00 plus reasonable attorneys' fees and expenses of litigation and exemplary damages;

(b)     Alternatively, for fraud damages in an amount to be proven at trial but not less than  $50,500.00, plus expenses of litigation including reasonable attorneys' fees under O.C.G.A. § 13-6-11, plus punitive damages under O.C.G.A. § 51-12-5.1, either in an unlimited amount determined by the

enlightened conscience of the jury, or alternatively, in the amount of

$250,00.00; and

(c)    For such other and further relief to plaintiff as this Court deems just and

proper;

This _16th_ day of May, 2018.

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**

/s/ Charles M. Dalziel, Jr.
Charles M. Dalziel, Jr.
Georgia Bar No. 203730
Attorney for Plaintiff

49 Atlanta Street
Marietta, Georgia 30060
(770) 422-1776 Telephone
(770) 426-6155 Facsimile
Email: cdalziel@gregorydoylefirm.com

11

Bill of Sale

# BUYER'S ORDER

**Dealer/Seller Name and Address**
METROLINA AUTO GROUP
6010 KENLEY LN.
CHARLOTTE, NC 28217
COUNTY: MECKLENBURG
PHONE: (704) 705-2570

**Buyer/Co-Buyer Name(s) and Address(es)**
GAREY E. HENDERSON II
3325 PIEDMONT RD NE UNIT 1602
ATLANTA, GA 30305-
COUNTY: FULTON

PHONE #: (301) 257-2179

Date   02/04/2016
App No.   N/A

Stock No. 3601
Contract No. 3978

Salesperson HOUSE

## Vehicle Information

| | |
|---|---|
| ☐ New   ☒ Used | ☐ Demo N/A |
| Year 2011 | Lic. No. N/A |
| Make MASERATI | Odometer Reading 4821 |
| Model QUATTROPPORT | Color BLACK |
| Body Style SEDAN | |
| VIN ZAM39FKA4B0057084 | |
| Other | |

## Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company N/A
Policy No. N/A

## Trade-In Information

**Trade-in 1**

| | |
|---|---|
| Year N/A | Lic. No. N/A |
| Make N/A | Odometer Reading N/A |
| Model N/A | Color N/A |
| Body Style N/A | |
| VIN N/A | |
| Lienholder Name N/A | |
| Address N/A N/A | |
| Phone N/A | Payoff N/A |
| Payoff good through | N/A |
| Approved | |

**Trade-in 2**

| | |
|---|---|
| Year N/A | Lic. No. N/A |
| Make N/A | Odometer Reading N/A |
| Model N/A | Color N/A |
| Body Style N/A | |
| VIN N/A | |
| Lienholder Name N/A | |
| Address N/A N/A | |
| Phone N/A | Payoff N/A |
| Payoff good through | N/A |
| Approved | |

## Itemization of Sale

| | | |
|---|---|---|
| 1. | Vehicle Sales Price | $ 44900.00 |
| 2. | Highway Use Tax | $ 3,163.68 |
| 3. | Subtotal (Add lines 1+2) | $ 48063.68 |
| | **Title, License & Other Fees** | |
| 4. | TITLE FEE | $ 52.00 |
| 5. | TAG/REG FEE | $ 279.00 |
| **\*\*** 6. | \*\* DOC FEE | $ 689.50 |
| 7. | N/A | $ N/A |
| 8. | N/A | $ N/A |
| 9. | N/A | $ N/A |
| 10. | N/A | $ N/A |
| 11. | N/A | $ N/A |
| 12. | N/A | $ N/A |
| 13. | N/A | $ N/A |
| 14. | N/A | $ N/A |
| 15. | Total Other Fees (Add lines 4 through 14) | $ 1020.50 |
| | **Additional Products** | |
| 16. | N/A | $ N/A |
| 17. | SALES TAX ON SERVICE CONTRACT | $ N/A |
| 18. | N/A | N/A |
| 19. | N/A | $ N/A |
| 20. | N/A | $ N/A |
| 21. | N/A | $ N/A |
| 22. | N/A | $ N/A |
| 23. | N/A | $ N/A |
| 24. | Total Products (Add lines 16 through 23) | $ 0.00 |
| 25. | Cash Sale Price (Add lines 3+15+24) | $ 49084.18 |
| 26. | Trade-in Allowance | $ N/A |
| 27. | Less Payoff | $ N/A |
| 28. | Net Trade Allowance (Line 26-27) | $ N/A |
| 29. | Cash Down Payment | $ 0.00 |
| 30. | Deferred Down Payment | $ 0.00 |
| 31. | Total Down Payment (Line 28+29+30) | $ 0.00 |
| 32. | Total Balance Due (Line 25-31) | $ 49084.18 |

\*\* THE DOC FEE IS NOT AN OFFICIAL FEE AND IS
NOT REQUIRED BY LAW BUT MAY BE CHARGED BY A
DEALER. THIS ADMINISTRATIVE FEE MAY RESULT IN A
PROFIT TO DEALER. NO PORTION OF THIS ADMINISTRATIVE
FEE IS FOR THE DRAFTING, PREPARATION, OR COMPLETION
OF DOCUMENTS OR THE PROVIDING OF LEGAL ADVICE.

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-NC
Bankers Systems*
Wolters Kluwer Financial Services © 2009
NCBUYORD.PDF (8234/364) VER .DOTNET

BUY-ORDER-NC 2/2/2009
Page 1 of 3


EXHIBIT
A


BUYER'S INITIALS

## Additional Terms

**Definitions.** *Contract* refers to this *Buyer's Order*. The pronouns *you* and *your* refer to each Buyer signing this Contract. The pronouns *we*, *us* and *our* refer to the Dealer/Seller. *Vehicle* means the motor vehicle described in the *Vehicle Information* section. *Trade-in Vehicle(s)* refers to the vehicle described in the *Trade-in* section that is being traded to the Dealer/Seller as part of this transaction. *Manufacturer* refers to the entity that manufactured the Vehicle.

**Agreement to Purchase.** You agree to buy the Vehicle from us for the price stated in this Contract. You agree to sign any documents necessary to complete this transaction. Unless you have cancelled this Contract under the condition described in the *Manufacturer* section, if you refuse to take delivery of the Vehicle, we can keep any deposits you have made to us, and you will be liable to us for all of our damages and expenses in connection herewith, including but not limited to reasonable attorneys' fees.

You represent that you are of legal age and have legal capacity to enter into this Contract.

**Manufacturer.** We are not an agent of the Manufacturer. Manufacturer can change the price, design or standard features of the Vehicle at any time without notice. If we cannot obtain the Vehicle from the Manufacturer at the price in effect as of the date of this Contract, or if we cannot obtain the agreed upon product from the Manufacturer, you or we can cancel this Contract.

If you cancel this Contract under the terms of this section, we will refund to you any amounts you have paid to us. If you have delivered a Trade-in Vehicle to us, we will return it to you. If we have already sold the Trade-in Vehicle, we will pay you the trade-in allowance after adjusting for any payoff to a lienholder.

**Insurance.** The insurance information you have given us is accurate.

**Trade-in Vehicle.** You will transfer title to the Trade-in Vehicle to us free of all liens except those noted on this Contract. You give permission to us to contact the lienholder(s) for payoff information. If the payoff information that we obtain from the lienholder(s) differs from the amount disclosed in this Contract, you agree to pay the difference to us if the actual amount of the balance owed is greater than the amount listed in this Contract. If the actual amount of the balance owed is less than the amount listed in this Contract, then we will pay you the difference.

If you do not deliver the Trade-in Vehicle to us at the time of the initial appraisal, we may reappraise the Trade-in Vehicle when it is delivered to us. If the reappraised value is lower than the original appraisal, you can cancel this transaction as long as you have not taken delivery of the Vehicle.

You represent that (a) you are the sole true and lawful owner of the Trade-in Vehicle, (b) the Trade-in Vehicle has never been titled under any state or federal "brand" such as "defective," "rebuilt," "salvage," "flood," etc., (c) the mileage of the Trade-in Vehicle shown in this Contract is the actual mileage of the Trade-in Vehicle, (d) all emission control equipment is on the Trade-in Vehicle and is in satisfactory working order, and (e) the Trade-in Vehicle has not been damaged by collision or other event and repaired. If any of these representations are not true, we may elect to cancel the transaction. We may also choose to reappraise the Trade-in Vehicle and adjust the Total Balance Due instead of cancelling the transaction. You agree to immediately pay us the difference.

**Retail Installment Contract.** In the event that you and we enter into a retail installment contract for the financing of the purchase of the Vehicle, the terms of the retail installment contract will control any inconsistencies between this Contract and the retail installment contract.

**Vehicle Inspection.** You are purchasing the Vehicle based upon your personal inspection, and are not relying upon any opinion, statement, promise or representation of the salesperson, or any other of our employees that is not contained in the written agreements you are signing today.

**Vehicle Condition.** You understand that the Vehicle may have sustained prior body damage and may have undergone prior mechanical repairs during or after its manufacture, during or after transit to us or while in the possession of prior owners or operators.

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-NC
Bankers Systems™
Wolters Kluwer Financial Services   2008
NCBUYORD-PDF (925X7364) VER* DOTNET

BUYER'S INITIALS _____

BUY-ORDER-NC 2/2/2009
Page 2 of 3

## Warranty Information

**Warranty.** We make no express or implied warranties. Except as required by law, we make no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. We sell the Vehicle AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED, WITH ALL FAULTS.
If this is a new Vehicle, the Vehicle is subject to a standard written manufacturer's warranty. This warranty is made by the manufacturer and not by us.

**Used Car Buyer Notice.** If you are buying a used vehicle, the information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

Guía para compradors de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

## Notices

▌ You understand that the balance owed on the Trade-in exceeds the Trade-in Allowance and that as a result the Total Balance Due has been increased by this $ N/A _____ of negative equity.

▌ The Dealer/Seller may receive a fee, commission, or other compensation for providing, procuring, or arranging financing.

## Signatures

This agreement is not binding upon the Dealer\Seller until it is signed by an authorized representative of the Dealer\Seller.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. This is the complete agreement; there are no other written or oral agreements.

▌ A separate Arbitration Agreement is a part of this Contract.



X _____
   Buyer                                          Date

X _____
   Buyer                                          Date

X _____
   Dealer\Seller                                   Date

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-NC
Bankers Systems™
Wolters Kluwer Financial Services — 2008
NCBUYORD.PDF (925A/364) VER. DOTNET

BUYER'S INITIALS _____

BUY-ORDER-NC 2/2/2009
Page 3 of 3

 **GEICO** geico.com

GEICO Indemnity Company

One Geico Center
Macon, GA 31296-0001

**Company:**   GEICO Indemnity Company

**Date:**   November 8, 2017

**From:**   John Murray
678-579-6752

**To:**   Garey Henderson

**RE:**   Claim Documents 0182889280101250



EXHIBIT
B

## Claim Summary

**Owner: Garey Henderson**
Vehicle Year: 2011    Make: MASE    Model: Quattroporte
Body Style: 4D SED    Engine: 8-4.2L Gasoline MPFI

### Insurance Information

| | | | |
|---|---|---|---|
| Adjuster: | AV28 | Appraiser: | MURRAY, JOHN |
| Adjuster License #: | | Appraiser License #: | cy58 |
| Policy #: | 2001936943 | | |

### Vehicle Owner

| | | | |
|---|---|---|---|
| Insured: | Harry Bronson | Loss Type: | Liability |
| Owner: | Garey Henderson | Evening: | (301) 257-2179 |
| | 431 Wallis Farm Way | | |
| | Marietta, GA 30064 | | |

### Vehicle Information

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

| | | | | | |
|---|---|---|---|---|---|
| VIN: | ZAM39FKA4B0057084 | Production Date: | | Interior Color: | |
| License: | RCF 4360 | Odometer: | 15147 | Exterior Color: | |
| State: | GA | Condition: | | Drivable: | Yes |
| Primary Impact Point: | Right Front | | | | |
| Secondary Impact Point: | | | | | |

### Inspection Information

Place of Inspection:
Address:            701 COBB PKWY S
                   MARIETTA, GA 30060

## Claim Summary

**Owner: Garey Henderson**
Vehicle Year: 2011    Make: MASE    Model: Quattroporte
Body Style: 4D SED    Engine: 8-4.2L Gasoline MPFI

| Estimate to Repair | | Total Loss Valuation | |
|---|---:|---|---:|
| **Estimate** | $ 870.00 | **Vehicle Valuation** | $ 0.00 |
| | | Supp. Taxable Adjustments | 0.00 |
| **Taxable Subtotal** | $ 870.00 | **Taxable Subtotal** | $ 0.00 |
| Tax | 17.70 | Tax | 0.00 |
| | | Supp. Non-Taxable Adjustments | 0.00 |
| **Non-Taxable Subtotal** | $ 887.70 | **Non-Taxable Subtotal** | $ 0.00 |
| Betterment | 0.00 | Owner Retained Salvage | 0.00 |
| Deductible | 0.00 | Deductible | 0.00 |
| Appearance Allowance | 0.00 | | |
| 0% Negligence | 0.00 | 0% Negligence | 0.00 |
| **Calculated Net Loss** | $ 887.70 | **Calculated Net Loss** | $ 0.00 |

LKQ Parts Not Included

A/M Parts Not Included

Opt OEM Parts Not Included

Recond Parts Not Included

**Vehicle Valuation Request#**

## Settlement Information

| | |
|---|---|
| Settlement Type: | Repairable |
| Negotiated Settlement: | $ 887.70 |
| Settlement Outstanding: | $ 887.70 |

## Comments

VEH HAS A LOT OF PRIOR DAMAGE ON THE VEH UNRELATED TO CLAIM. ADV CUSTOMER SHOP UNWILLING TO WORK ON VEH IMPACT RADIATOR SUPPRORT AND FRAME RAILS SEVERE DAMAGE AND VEH IS UNSAFE TO DRIVE ADV CUSTOMER OF INFO ADV CUSTOMER WILL PAY FOR ESTIMATE ON REPAIRS AND OFFERED TO TOW VEH TO LOCATION FOR CUSTOMER.

## Events

| | | |
|---|---|---|
| 10/15/2017 | | Loss occurred |
| 10/17/2017 | | Loss reported |
| 10/24/2017 | | Date assigned. |
| 10/25/2017 | 8:16 AM | Assignment Retrieved. |
| 10/25/2017 | 1:33 PM | Workfile Created. |
| | | Comments: Workfile was created. |
| 10/25/2017 | 1:36 PM | First preliminary estimate line written. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions request sent. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions received. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions received. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions request sent. |
| 10/31/2017 | 3:40 PM | Date Vehicle Owner Contacted on Collision Estimate |
| 10/31/2017 | 3:41 PM | Advisor report on estimate requested |
| 10/31/2017 | 3:41 PM | Advisor report on estimate received |
| 10/31/2017 | 3:41 PM | Vehicle Equipment Report request sent. |

## Claim Summary

**Owner: Garey Henderson**

Vehicle Year: 2011    Make: MASE    Model: Quattroporte
Body Style: 4D SED    Engine: 8-4.2L Gasoline MPFI

| | | |
|---|---|---|
| 10/31/2017 | 3:41 PM | Vehicle Equipment Report received. |
| 10/31/2017 | 3:41 PM | Estimate of Record created. |

# GEICO

03

FOR SUPPLEMENT REQUESTS COPY THE
LINK BELOW
http://partner.geico.com/gvbps/Logon.asp
JOMURRAY@GEICO.COM

Phone:  (678) 579-6752

Claim #:          0182889280101250-05
Workfile ID:                       a4f669af

## Estimate of Record

Written By: JOHN MURRAY, License Number: cy58, 10/31/2017 3:41:45 PM
Adjuster: AV28

| | | | | | |
|---|---|---|---|---|---|
| Insured: | Harry Bronson | Owner Policy #: | | Claim #: | 0182889280101250-05 |
| Type of Loss: | Liability | Date of Loss: | 10/15/2017 01:00 AM | Days to Repair: | 4 |
| Point of Impact: | 01 Right Front | Deductible: | | | |

| Owner (Claimant): | Inspection Location: | Appraiser Information: | Repair Facility: |
|---|---|---|---|
| Garey Henderson | 701 COBB PKWY S | jomurray@geico.com | Classic Collision of Marietta |
| 431 Wallis Farm Way | MARIETTA, GA 30060 | | 701 Cobb Pkwy |
| Marietta, GA 30064 | Drive-in | | Marietta, GA 30060 |
| (301) 257-2179 Evening | | | 460577055 Federal ID |

## VEHICLE

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

| | | | | | |
|---|---|---|---|---|---|
| VIN: | ZAM39FKA4B0057084 | Production Date: | | Interior Color: | |
| License: | RCF 4360 | Odometer: | 15147 | Exterior Color: | |
| State: | GA | Condition: | | | |

| TRANSMISSION | Overhead Console | AM Radio | ROOF |
|---|---|---|---|
| Automatic Transmission | Wood Interior Trim | FM Radio | Electric Glass Sunroof |
| POWER | CONVENIENCE | Stereo | SEATS |
| Power Steering | Air Conditioning | Search/Seek | Leather Seats |
| Power Brakes | Intermittent Wipers | CD Player | Heated Seats |
| Power Windows | Tilt Wheel | Auxiliary Audio Connection | WHEELS |
| Power Locks | Cruise Control | Premium Radio | Aluminum/Alloy Wheels |
| Power Mirrors | Rear Defogger | Equalizer | PAINT |
| Heated Mirrors | Keyless Entry | SAFETY | Clear Coat Paint |
| Power Driver Seat | Steering Wheel Touch Controls | Drivers Side Air Bag | OTHER |
| Power Passenger Seat | Telescopic Wheel | Passenger Air Bag | Fog Lamps |
| Memory Package | Climate Control | Anti-Lock Brakes (4) | Traction Control |
| DECOR | Navigation System | 4 Wheel Disc Brakes | Stability Control |
| Dual Mirrors | Parking Sensors | Front Side Impact Air Bags | Xenon Headlamps |
| Rear Power Sunshade | Home Link | Head/Curtain Air Bags | Headlamp Washers |
| Console/Storage | RADIO | Positraction | Power Trunk/Gate Release |

Claim #: 0182889280101250-05
Workfile ID: a4f669af

## Estimate of Record

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| 1 | # | Rpr | front bumper | | | | 1.5 | 1.5 |
| 2 | # | R&I | R&I BUMPER | | | | 1.7 | |
| 3 | # | | FRONT LAMP RI | | 1 | | | |
| 4 | # | | FENDER REPAIR | | 1 | | 6.0 | 1.6 |
| 5 | # | | FRONT DOOR REPAIR | | 1 | | 0.5 | |
| 6 | # | | RECON RF WHEEL | | 1 | 189.00 | | |
| 7 | # | Repl | Flex Additive | | 1 | 3.00 | | |
| 8 | # | Repl | Restore Corrosion Protection | | 1 | 10.00 | 0.2 | |
| 9 | | | **OTHER CHARGES** | | | | | |
| 10 | # | | E.P.C. | | 1 | 3.00 | | |
| | | | | **SUBTOTALS** | | 205.00 | 9.9 | 3.1 |

## NOTES

Prior Damage Notes:
SCRATCHES ON FRONT BUMPER SCRATCHES ON DS   DR SCRATCHES ON REAR BUMPER SCRATCHES ON SCRATCHES ON PASS DR PAINT ORANGE PEELIN

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | 202.00 |
| Body Labor | 9.9 hrs | @ | $ 44.00 /hr | 435.60 |
| Paint Labor | 3.1 hrs | @ | $ 44.00 /hr | 136.40 |
| Paint Supplies | 3.1 hrs | @ | $ 30.00 /hr | 93.00 |
| Other Charges | | | | 3.00 |
| Subtotal | | | | 870.00 |
| Sales Tax | $ 295.00 | @ | 6.0000 % | 17.70 |
| **Total Cost of Repairs** | | | | **887.70** |
| **Total Adjustments** | | | | **0.00** |
| **Net Cost of Repairs** | | | | **887.70** |

10/31/2017 3:41:45 PM

128929  |  1.6.09.03151

Page 2

| Claim #: | 0182889280101250-05 |
| Workfile ID: | a4f669af |

## Estimate of Record

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

This is not an authorization to repair.

All GEICO customers have the right to have their vehicle repaired in the shop of their choice.

No Supplement will be honored unless authorized by GEICO.

NOTICE: Vehicles constructed of special metals may require the use of specialized welding and bonding equipment. Proper measuring and structural repair systems are required on today's vehicle to accurately accomplish vehicle repairs.  Make sure your shop has the proper equipment to repair your vehicle.

ALTERNATE PARTS DISCLAIMER:
IF A QUALITY REPLACEMENT PART (A/M, LKQ, RECOND OR OPT OEM) APPEARS ON THIS ESTIMATE, IT INDICATES THAT THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF ONE OR MORE CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. GUARANTEES, IF ANY, APPLICABLE TO THESE REPLACEMENT CRASH PARTS ARE PROVIDED BY THE PART MANUFACTURER OR DISTRIBUTOR RATHER THAN BY THE MANUFACTURER OF YOUR VEHICLE.

***IN ADDITION TO ANY SUCH GUARANTEES, GEICO PROVIDES THE FOLLOWING:
****OWNER LIMITED GUARANTEE**** WE GUARANTEE THAT ALL QUALITY REPLACEMENT BODY PARTS (PARTS NOT MANUFACTURED BY THE MANUFACTURER) IDENTIFIED ON YOUR ESTIMATE, ARE FREE OF DEFECTS IN MATERIAL AND WORKMANSHIP AND MEET GENERALLY ACCEPTED INDUSTRY STANDARDS.  THIS PARTS AND LABOR GUARANTEE WILL BE IN EFFECT FOR AS LONG AS YOU OWN THE VEHICLE DESCRIBED IN THE ESTIMATE. THIS GUARANTEE COVERS THE COST OF THE PART, LABOR TO INSTALL, AND INCIDENTALS SUCH AS PAINT AND MATERIALS AND IS SPECIFICALLY LIMITED TO THOSE ITEMS.  THIS GUARANTEE DOES NOT COVER LOSS OR DAMAGE THAT IS UNRELATED TO DEFECTS IN THE QUALITY REPLACEMENT PARTS.  THIS IS NOT TRANSFERABLE. IF ANY QUALITY REPLACEMENT PARTS ARE DEFECTIVE IN EITHER MATERIAL OR WORKMANSHIP, CONTACT YOUR LOCAL GEICO REPRESENTATIVE.

NOTICE TO THIRD PARTY CLAIMANTS: Failure to use the insurance proceeds in accordance with a security agreement between you and a lienholder, if any, may be a violation of Code Section 16-8-4 of the O.C.G.A. If you have any questions, contact your lending institution.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

IF YOU ARE INSURED WITH GEICO OR ONE OF ITS AFFILIATED COMPANIES IN THE STATE OF GEORGIA, YOU MAY BE ENTITLED TO COMPENSATION FOR DIMINISHED VALUE IN CONNECTION WITH THIS CLAIM .

# GD&CR

GREGORY, DOYLE, CALHOUN & ROGERS, LLC

770.422.1776 PHONE
770.426.6155 FAX

49 ATLANTA STREET
MARIETTA, GEORGIA 30060
WWW.GREGORYDOYLEFIRM.COM

March 5, 2018

**VIA FEDERAL EXPRESS**
Metrolina Auto Group, LLC
Attn: Ryan Wildrick, Manager
6010 Kenley Lane
Charlotte, North Carolina 28217

> **Re:**   **Statutory Notice Pursuant to O.C.G.A. § 10-1-399(b)**
> **Contract No.: 3978**
> **Stock No.: 3601**
> **2011 Maserati Quattropport Sedan**
> **VIN ZAM39FKA4B0057084**
> **Buyer: Gary Henderson**
> **Date of Buyer's Order: February 4, 2016**

Dear Mr. Wildrick:

Metolina Auto Group, LLC ("Metrolina") sold Mr. Henderson the referenced vehicle pursuant to a Buyer's Order dated February 4, 2016 as referenced. Mr. Henderson took delivery of the vehicle in Georgia, paying Metrolina $49,084.18 for the vehicle. The vehicle had an odometer mileage of 4821 when Mr. Henderson took delivery. The vehicle was represented by you and Metrolina as a premium vehicle in the nature of a collectible automobile. Mr. Henderson believed your representations and paid the $49,084.18 in reliance on them. He drove the car a little over 10,000 miles until he was involved in an accident on or about October 15, 2017. The other driver, Harry Bronson, was at fault and was insured by GEICO. Mr. Henderson's vehicle sustained front end damage.

Mr. Henderson took the vehicle to the GEICO inspection office at Classic Collision located at 701 Cobb Parkway South, Marietta, Georgia 30060 on or about October 25, 2017. GEICO employee John Murray provided Mr. Henderson with reports of GEICO's inspection. Naturally, GEICO was interested in prior damage, and in the initial inspection noted prior bumper scratches. But after looking closer, GEICO and Mr. Murray discovered unimaginable prior damage, so severe and so threatening to safety that GEICO refused to authorize work on the vehicle. There was, as shown in the attached, severe damage to the radiator support and frame rails such that the front end of the vehicle threatened to collapse at any time while the vehicle was in motion. Since October 31, 2017, Mr. Henderson has been unable to use the vehicle and its current worth is for scrap.

Metrolina and you violated O.C.G.A. § 10-393(5) and (7) in your sale of this vehicle to Mr. Henderson. You also committed actual fraud concerning the condition of the vehicle which Mr. Henderson as a consumer could not have discovered in the exercise of due diligence. The discovery of this incredible damage was made only by GEICO around October 31, 2017. Mr. Henderson is entitled to three times his actual damages in connection with the transaction because

GREGORY, DOYLE, CALHOUN & ROGERS, LLC



there was an intentional violation of O.C.G.A. § 10-1-390 et seq., plus attorney's fees and exemplary damages.  On his fraud claims, Mr. Henderson is entitled to actual damages, attorneys' fees and unlimited punitive damages because you had specific intent to harm him.

Mr. Henderson pursuant to O.C.G.A. § 10-399(b), hereby makes demand for payment by Metrolina and you of $120,000 for a full release of his claims against Metrolina and you.

Please contact me or have your lawyer contact me next week about this important matter.

Sincerely,

GREGORY, DOYLE, CALHOUN & ROGERS, LLC

Charles M. Dalziel, Jr.
For the Firm

CMD/aln
Enclosures


**geico.com**

GEICO Indemnity Company

One Geico Center
Macon, GA 31296-0001

**Company:**   GEICO Indemnity Company

**Date:**   November 8, 2017

**From:**   John Murray
678-579-6752

**To:**   Garey  Henderson

**RE:**   Claim Documents 0182889280101250

**03**

Claim #: 0182889280101250-05

## Claim Summary

**Owner: Garey Henderson**
Vehicle Year: 2011    Make: MASE    Model: Quattroporte
Body Style: 4D SED    Engine: 8-4.2L Gasoline MPFI

### Insurance Information

| | | | |
|---|---|---|---|
| Adjuster: | AV28 | Appraiser: | MURRAY, JOHN |
| Adjuster License #: | | Appraiser License #: | cy58 |
| Policy #: | 2001936943 | | |

### Vehicle Owner

| | | | |
|---|---|---|---|
| Insured: | Harry Bronson | Loss Type: | Liability |
| Owner: | Garey Henderson | Evening: | (301) 257-2179 |
| | 431 Wallis Farm Way | | |
| | Marietta, GA 30064 | | |

### Vehicle Information

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

| | | | | | |
|---|---|---|---|---|---|
| VIN: | ZAM39FKA4B0057084 | Production Date: | | Interior Color: | |
| License: | RCF 4360 | Odometer: | 15147 | Exterior Color: | |
| State: | GA | Condition: | | Drivable: | Yes |
| Primary Impact Point: | Right Front | | | | |
| Secondary Impact Point: | | | | | |

### Inspection Information

Place of Inspection:
Address:           701 COBB PKWY S
                   MARIETTA, GA 30060

**03**

## Claim Summary

**Owner: Garey Henderson**
Vehicle Year: 2011   Make: MASE   Model: Quattroporte
Body Style: 4D SED   Engine: 8-4.2L Gasoline MPFI

| Estimate to Repair | | Total Loss Valuation | |
|---|---|---|---|
| **Estimate** | $ 870.00 | **Vehicle Valuation** | $ 0.00 |
| | | Supp. Taxable Adjustments | 0.00 |
| **Taxable Subtotal** | $ 870.00 | **Taxable Subtotal** | $ 0.00 |
| Tax | 17.70 | Tax | 0.00 |
| | | Supp. Non-Taxable Adjustments | 0.00 |
| **Non-Taxable Subtotal** | $ 887.70 | **Non-Taxable Subtotal** | $ 0.00 |
| Betterment | 0.00 | Owner Retained Salvage | 0.00 |
| Deductible | 0.00 | Deductible | 0.00 |
| Appearance Allowance | 0.00 | | |
| 0% Negligence | 0.00 | 0% Negligence | 0.00 |
| **Calculated Net Loss** | $ 887.70 | **Calculated Net Loss** | $ 0.00 |

LKQ Parts Not Included
A/M Parts Not Included
Opt OEM Parts Not Included
Recond Parts Not Included

**Vehicle Valuation Request#**

## Settlement Information

| | |
|---|---|
| Settlement Type: | Repairable |
| Negotiated Settlement: | $ 887.70 |
| Settlement Outstanding: | $ 887.70 |

## Comments

VEH HAS A LOT OF PRIOR DAMAGE ON THE VEH UNRELATED TO CLAIM. ADV CUSTOMER SHOP UNWILLING TO WORK ON VEH IMPACT RADIATOR SUPPRORT AND FRAME RAILS SEVERE DAMAGE AND VEH IS UNSAFE TO DRIVE ADV CUSTOMER OF INFO ADV CUSTOMER WILL PAY FOR ESTIMATE ON REPAIRS AND OFFERED TO TOW VEH TO LOCATION FOR CUSTOMER.

## Events

| | | |
|---|---|---|
| 10/15/2017 | | Loss occurred |
| 10/17/2017 | | Loss reported |
| 10/24/2017 | | Date assigned. |
| 10/25/2017 | 8:16 AM | Assignment Retrieved. |
| 10/25/2017 | 1:33 PM | Workfile Created. |
| | | Comments: Workfile was created. |
| 10/25/2017 | 1:36 PM | First preliminary estimate line written. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions request sent. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions received. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions received. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions request sent. |
| 10/31/2017 | 3:40 PM | Date Vehicle Owner Contacted on Collision Estimate |
| 10/31/2017 | 3:41 PM | Advisor report on estimate requested |
| 10/31/2017 | 3:41 PM | Advisor report on estimate received |
| 10/31/2017 | 3:41 PM | Vehicle Equipment Report request sent. |

**03**

## Claim Summary

**Owner: Garey Henderson**

Vehicle Year: 2011    Make: MASE    Model: Quattroporte
Body Style: 4D SED    Engine: 8-4.2L Gasoline MPFI

| | | |
|---|---|---|
| 10/31/2017 | 3:41 PM | Vehicle Equipment Report received. |
| 10/31/2017 | 3:41 PM | Estimate of Record created. |

# GEICO

03

FOR SUPPLEMENT REQUESTS COPY THE
LINK BELOW
http://partner.geico.com/gvbps/Logon.asp
JOMURRAY@GEICO.COM

Phone: (678) 579-6752

| | |
|---|---|
| Claim #: | 0182889280101250-05 |
| Workfile ID: | a4f669af |

## Estimate of Record

Written By: JOHN MURRAY, License Number: cy58, 10/31/2017 3:41:45 PM
Adjuster: AV28

| | | | | | | |
|---|---|---|---|---|---|---|
| Insured: | Harry Bronson | Owner Policy #: | | Claim #: | 0182889280101250-05 |
| Type of Loss: | Liability | Date of Loss: | 10/15/2017 01:00 AM | Days to Repair: | 4 |
| Point of Impact: | 01 Right Front | Deductible: | | | |

**Owner (Claimant):**
Garey Henderson
431 Wallis Farm Way
Marietta, GA 30064
(301) 257-2179 Evening

**Inspection Location:**
701 COBB PKWY S
MARIETTA, GA 30060
Drive-in

**Appraiser Information:**
jomurray@geico.com

**Repair Facility:**
Classic Collision of Marietta
701 Cobb Pkwy
Marietta, GA 30060
460577055 Federal ID

## VEHICLE

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

| | | | | | |
|---|---|---|---|---|---|
| VIN: | ZAM39FKA4B0057084 | Production Date: | | Interior Color: | |
| License: | RCF 4360 | Odometer: | 15147 | Exterior Color: | |
| State: | GA | Condition: | | | |

**TRANSMISSION**
Automatic Transmission
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Heated Mirrors
Power Driver Seat
Power Passenger Seat
Memory Package
**DECOR**
Dual Mirrors
Rear Power Sunshade
Console/Storage

Overhead Console
Wood Interior Trim
**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Steering Wheel Touch Controls
Telescopic Wheel
Climate Control
Navigation System
Parking Sensors
Home Link
**RADIO**

AM Radio
FM Radio
Stereo
Search/Seek
CD Player
Auxiliary Audio Connection
Premium Radio
Equalizer
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Front Side Impact Air Bags
Head/Curtain Air Bags
Positraction

**ROOF**
Electric Glass Sunroof
**SEATS**
Leather Seats
Heated Seats
**WHEELS**
Aluminum/Alloy Wheels
**PAINT**
Clear Coat Paint
**OTHER**
Fog Lamps
Traction Control
Stability Control
Xenon Headlamps
Headlamp Washers
Power Trunk/Gate Release

Claim #: 0182889280101250-05
Workfile ID: a4f669af

## Estimate of Record

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| 1 | # | Rpr | front bumper | | | | 1.5 | 1.5 |
| 2 | # | R&I | R&I BUMPER | | | | 1.7 | |
| 3 | # | | FRONT LAMP RI | | 1 | | | |
| 4 | # | | FENDER REPAIR | | 1 | | 6.0 | 1.6 |
| 5 | # | | FRONT DOOR REPAIR | | 1 | | 0.5 | |
| 6 | # | | RECON RF WHEEL | | 1 | 189.00 | | |
| 7 | # | Repl | Flex Additive | | 1 | 3.00 | | |
| 8 | # | Repl | Restore Corrosion Protection | | 1 | 10.00 | 0.2 | |
| 9 | **OTHER CHARGES** | | | | | | | |
| 10 | # | | E.P.C. | | 1 | 3.00 | | |
| | | | | **SUBTOTALS** | | 205.00 | 9.9 | 3.1 |

## NOTES

Prior Damage Notes:
SCRATCHES ON FRONT BUMPER SCRATCHES ON DS   DR SCRATCHES ON REAR BUMPER SCRATCHES ON SCRATCHES ON PASS DR PAINT ORANGE PEELIN

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | 202.00 |
| Body Labor | 9.9 hrs | @ | $ 44.00 /hr | 435.60 |
| Paint Labor | 3.1 hrs | @ | $ 44.00 /hr | 136.40 |
| Paint Supplies | 3.1 hrs | @ | $ 30.00 /hr | 93.00 |
| Other Charges | | | | 3.00 |
| Subtotal | | | | 870.00 |
| Sales Tax | $ 295.00 | @ | 6.0000 % | 17.70 |
| **Total Cost of Repairs** | | | | **887.70** |
| **Total Adjustments** | | | | **0.00** |
| **Net Cost of Repairs** | | | | **887.70** |

| | Claim #: | 0182889280101250-05 |
|---|---|---|
| | Workfile ID: | a4f669af |

**Estimate of Record**

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

This is not an authorization to repair.

All GEICO customers have the right to have their vehicle repaired in the shop of their choice.

No Supplement will be honored unless authorized by GEICO.

NOTICE: Vehicles constructed of special metals may require the use of specialized welding and bonding equipment. Proper measuring and structural repair systems are required on today's vehicle to accurately accomplish vehicle repairs.  Make sure your shop has the proper equipment to repair your vehicle.

ALTERNATE PARTS DISCLAIMER:
IF A QUALITY REPLACEMENT PART (A/M, LKQ, RECOND OR OPT OEM) APPEARS ON THIS ESTIMATE, IT INDICATES THAT THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF ONE OR MORE CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. GUARANTEES, IF ANY, APPLICABLE TO THESE REPLACEMENT CRASH PARTS ARE PROVIDED BY THE PART MANUFACTURER OR DISTRIBUTOR RATHER THAN BY THE MANUFACTURER OF YOUR VEHICLE.

***IN ADDITION TO ANY SUCH GUARANTEES, GEICO PROVIDES THE FOLLOWING:
****OWNER LIMITED GUARANTEE**** WE GUARANTEE THAT ALL QUALITY REPLACEMENT BODY PARTS (PARTS NOT MANUFACTURED BY THE MANUFACTURER) IDENTIFIED ON YOUR ESTIMATE, ARE FREE OF DEFECTS IN MATERIAL AND WORKMANSHIP AND MEET GENERALLY ACCEPTED INDUSTRY STANDARDS.  THIS PARTS AND LABOR GUARANTEE WILL BE IN EFFECT FOR AS LONG AS YOU OWN THE VEHICLE DESCRIBED IN THE ESTIMATE. THIS GUARANTEE COVERS THE COST OF THE PART, LABOR TO INSTALL, AND INCIDENTALS SUCH AS PAINT AND MATERIALS AND IS SPECIFICALLY LIMITED TO THOSE ITEMS.  THIS GUARANTEE DOES NOT COVER LOSS OR DAMAGE THAT IS UNRELATED TO DEFECTS IN THE QUALITY REPLACEMENT PARTS.  THIS IS NOT TRANSFERABLE. IF ANY QUALITY REPLACEMENT PARTS ARE DEFECTIVE IN EITHER MATERIAL OR WORKMANSHIP, CONTACT YOUR LOCAL GEICO REPRESENTATIVE.

NOTICE TO THIRD PARTY CLAIMANTS: Failure to use the insurance proceeds in accordance with a security agreement between you and a lienholder, if any, may be a violation of Code Section 16-8-4 of the O.C.G.A. If you have any questions, contact your lending institution.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

IF YOU ARE INSURED WITH GEICO OR ONE OF ITS AFFILIATED COMPANIES IN THE STATE OF GEORGIA, YOU MAY BE ENTITLED TO COMPENSATION FOR DIMINISHED VALUE IN CONNECTION WITH THIS CLAIM .