# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GAREY HENDERSON, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1:18-CV-03131-LMM |
| | ) | |
| METROLINA AUTO GROUP, LLC | ) | |
| and RYAN WILDRICK, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF RYAN WILDRICK

COMES NOW Ryan Wildrick, who, after first being duly sworn, deposes and states under oath as follows:

### 1.

I am over eighteen years of age, am of sound mind and memory and am fully competent to give this declaration.

### 2.

I make this Declaration based upon my own personal knowledge.

### 3.

I make this Declaration in support of Defendant Metrolina Auto Group, LLC's Motion to Dismiss or in the alternative Motion to Transfer on my own behalf individually and as a member on behalf of Defendant Metrolina Auto Group, LLC.

1

4.

I am a citizen of the State of North Carolina and reside in Mecklenburg County, North Carolina.

5.

I am a member of Metrolina Auto Group, LLC ("Metrolina"), a limited liability company organized under the laws of the State of North Carolina. The other member of Metrolina, Ryan Moreno, is also a citizen and resident of the State of North Carolina.

6.

Metrolina operates a used car dealership and its principal and only place of business is located in Charlotte, North Carolina. It does not have any other offices in North Carolina or offices in any other state.

7.

Metrolina and I do not transact any business within the State of Georgia.

8.

Metrolina and I have not committed any tortious acts within the State of Georgia.

9.

Metrolina and I do not solicit business or engage in any other persistent course of conduct or derive substantial revenue from goods used or consumed or services rendered in the State of Georgia.

10.

Metrolina and I do not own, use, or possess any real property located within the State of Georgia.

11.

I have not maintained a matrimonial residence in the State of Georgia.

12.

I have never been subject to the exercise of jurisdiction of a court of the State of Georgia which has resulted in an order of alimony, child custody, equitable apportionment of debt, or equitable division of property or in an action involving a modification of such an order.

13.

Metrolina and I have not purposefully availed ourselves to the State of Georgia and have not and do not invoke Georgia's protections and benefits.

14.

Metrolina and I do not have any contacts in the State of Georgia such that it could be reasonably anticipated that Metrolina or I would be hauled into court in Georgia.

15.

Metrolina has previously sold multiple cars to Plaintiff when he was a resident of the State of North Carolina.

16.

In late 2015, Plaintiff contacted Metrolina and requested that I purchase a vehicle on his behalf, specifically a Maserati Quattroporte.

17.

At Plaintiff's request, I located and purchased a 2011 Maserati Quattroporte (VIN: ZAM39FKA4B0057084) ("Maserati") through Metrolina. See Exhibit "1" attached hereto. The vehicle was never advertised or publicly offered for sale by Metrolina.

18.

The publicly available CarFax report related to the Maserati revealed that it had previously been involved in an accident, and I discussed this fact with Plaintiff during the purchase process. I further explained to Plaintiff that I was able to acquire

the Maserati, which has extremely low mileage based on its age, due to the vehicle's accident history.

19.

Plaintiff purchased the Maserati from Metrolina on February 4, 2016. Plaintiff signed the Buyer's Order ("Contract") related to the sale and emailed it to Metrolina. See Exhibit "2" attached hereto.

20.

Plaintiff presented a North Carolina driver's license when purchasing the Maserati. See Exhibit "3" attached hereto.

21.

Metrolina executed the Contract at its office in North Carolina after receiving the document from Plaintiff.

22.

There was never any representation to Plaintiff by me or Metrolina that the Maserati at issue was accident free nor any attempt to conceal the condition of the vehicle.

23.

Plaintiff did not request an inspection of the vehicle prior purchasing it.

24.

Metrolina shipped the Maserati to an address in Georgia at Plaintiff's request. See Exhibit "4" attached hereto.

25.

Plaintiff did not request that Metrolina rescind the purchase of the Maserati.

[SIGNATURE ON FOLLOWING PAGE.]

FURTHER AFFIANT SAITH NOT.

RYAN WILDRICK
Affiant

Sworn to and subscribed
before me, this 28
day of June , 2018.

Notary Public CARLOS E COELLO
My Commission Expires: 11.3.20

CARLOS E COELLO
Notary Public, North Carolina
Rowan County
My Commission Expires
November 03, 2020

# EXHIBIT 1

Manheim New Jersey
730 Route 68 * PO Box 188 * Bordentown, NJ 08505 Ph(609) 298-3400 Fx(609) 324-4301

```
LSULISH                          BUYER'S RECEIPT                16:45:54
BUYRCPTE MACS SALE12              12/23/2015                        Page    1


                         Sale Date:  12/23/2015

 5305103  METROLINA AUTO GROUP LLC
          6010 KENLEY LANE                   PHONE  (704) 705-2570
          CHARLOTTE          NC              FAX    (704) 705-2437

LnRun  Year Make     Model          Price     Adjust     Buy    Dft  Total Due
------ ---- --------- ----------     -------  ---------  ------ ----- ----------

920068 2011 MASERATI QUATTRO         38,500       .00       0      0  38,500.00
Howpd: Unpaid Chk Color: GRAY             4477 VIN: ZAM39FKA4B0057084
                                  -----------------------------------------------
  Total Vehicles:     1 Totals:     38,500                 0         38,500.00
                                                  .00                0
Accounts Receivable in the amount of            $.00  are now due.
A/R amount past due          $.00 - PLEASE PAY IMMEDIATELY
```

IMPORTANT:
The above vehicle(s) have been purchased at Manheim. Please remit payment upon
receipt to avoid late fees.  If financing through MAFS or an outside source,
please notify the auction immediately.  Payments can be made via MYAccount or
over nighted to any Manheim location. Thank you for your business.

## BILL OF SALE

Date:     02/02/2016

Stock Number: 3601

> This sale is solely a transaction between the buying and selling
> dealers - no warranty on mechanical or physical condition of car.

**SELLER**
METROLINA AUTO GROUP
6010 KENLEY LN.
CHARLOTTE, NC 28217
County:  MECKLENBURG
Phone: (704) 705-2570

**BUYER**
HYPNOTIC MOTORS
6010 KENLEY LN
CHARLOTTE, NC  28217-
COUNTY: MECKLENBURG

| Year: 2011 | Make: MASERATI | Model: QUATTROPPORTE |
|---|---|---|
| Vin: ZAM39FKA4B0057084 | Color: BLACK | Mileage: 4477 |

**SALE PRICE: $**                  38500.00

UPON CONDITIONS SET FORTH HERE AND IN ALL DOCUMENTS EXECUTED HERE, FOR THE VALUE
RECEIVED THE SELLER HEREBY SELLS TO THE BUYER, THE WITHIN DESCRIBED VEHICLE.

## DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The Seller
hereby expressly disclaims all warranties, either express or implied, including warranty of
merchantability or fitness for a particular purpose and the Seller neither assumes nor
authorizes any other person to assume for it any liability in connection with the sale of said
products.

Signed: Seller                                        Signed: Buyer

© COPYRIGHT 2005 Wayne Reaves Computer Systems, Inc.
WR Inv Bos ver. 1.02 (rev. 06/05)
INVBOS.PDF (24Z/44) VER: DOTNET  1/28/15

53

New York State Department of Motor Vehicles
## RETAIL CERTIFICATE OF SALE

**TYPE OF SALE**
☒ WHOLESALE *OR*  ☐ RETAIL:
☐ New  ☒ Used  ☐ Demo  ☐ Salvage

No. **52170374**

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight *(Unladen)* | Fuel Type: | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|--------------------|-----------|-----------|------------------------|
| 2011 | Moserati | Quattroporte | 4DR | Black | 4388 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| Z A M 3 9 F K A 4 B 0 0 5 7 0 8 4 | C-0 | N A | N A | N/A |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price $ | |
|---|---|---|---|---|
| N/A | N/A | | | |

**DEALER INFORMATION** *(Print Name and Address)*
TNM AUTOGROUP INC   2739 86TH Street Brooklyn NY 11223

**PURCHASER INFORMATION** *(Print Name and Address)*   6010 Henley Lane
METROLINA AUTO GROUP LLC   Charlotte
Date of Sale 12-23-15

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)*   2001 S Federal Hwy
Greico Mazda of Delray Beach   Delray Beach FL 33882
Date of Purchase 10-13-15

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:   ☐ 5 digits   ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

| ODOMETER READING | | | | |
|---|---|---|---|---|
| | 4 | 4 | 7 | 3 |

(no tenths)

**DEALER CERTIFICATION:**
*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER *(or authorized representative)* + *(SIGN full name)* | PRINT full name of dealer or authorized rep. TNM AUTOGROUP INC | Date 12-23-15 | Dealer Facility No. 7109759 |
|---|---|---|---|
| PURCHASER - *(SIGN full name)* | PRINT full name of purchaser Metrolina Auto Group Katie Shaffer | Date 12-23-15 | Selling Dealer NYS Sales Tax No. 270778240 |

MV-50 (03/04)

***ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE***

# EXHIBIT 2

Bill Of Sale

# BUYER'S ORDER

| Dealer/Seller Name and Address | Buyer/Co-Buyer Name(s) and Address(es) | |
|---|---|---|
| METROLINA AUTO GROUP | GAREY E HENDERSON II | PHONE #: (301) 257-2179 |
| 6010 KENLEY LN. | 3325 PIEDMONT RD NE UNIT 1602 | |
| CHARLOTTE, NC 28217 | ATLANTA, GA 30305- | |
| COUNTY: MECKLENBURG | COUNTY: FULTON | |
| PHONE: (704) 705-2570 | | |

Date  02/04/2016    Stock No. 3601        Salesperson HOUSE
App No.  N/A        Contract No. 3978

## Vehicle Information

☐ New   ☒ Used   ☐ Demo
Year 2011              Lic. No. N/A
Make MASERATI          Odometer Reading 4821
Model QUATTROPPORT     Color BLACK
Body Style SEDAN
VIN ZAM39FKA4B0057084
Other

## Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company N/A  *Farmers Ins*
Policy No. N/A  *193212697*

## Trade-In Information

### Trade-in 1

Year N/A                 Lic. No. N/A
Make N/A                 Odometer Reading  N/A
Model N/A                Color N/A
Body Style N/A
VIN N/A
Lienholder Name  N/A
Address  N/A
N/A
Phone N/A                Payoff N/A
Payoff good through          N/A
Approved

### Trade-in 2

Year N/A                 Lic. No. N/A
Make N/A                 Odometer Reading  N/A
Model N/A                Color N/A
Body Style N/A
VIN N/A
Lienholder Name  N/A
Address  N/A
N/A
Phone N/A                Payoff N/A
Payoff good through          N/A
Approved

## Itemization of Sale

| | | |
|---|---|---|
| 1. Vehicle Sales Price | $ | 44900.00 |
| 2. Highway Use Tax | $ | 3,163.68 |
| 3. Subtotal (Add lines 1 + 2) | $ | 48063.68 |
| **Title, License & Other Fees** | | |
| 4. TITLE FEE | $ | 52.00 |
| 5. TAG/REG FEE | $ | 279.00 |
| ** 6. ** DOC FEE | $ | 689.50 |
| 7. N/A | $ | N/A |
| 8. N/A | $ | N/A |
| 9. N/A | $ | N/A |
| 10. N/A | $ | N/A |
| 11. N/A | $ | N/A |
| 12. N/A | $ | N/A |
| 13. N/A | $ | N/A |
| 14. N/A | $ | N/A |
| 15. Total Other Fees (Add lines 4 through 14) | $ | 1020.50 |
| **Additional Products** | | |
| 16. N/A | $ | N/A |
| 17. SALES TAX ON SERVICE CONTRACT | $ | N/A |
| 18. N/A | $ | N/A |
| 19. N/A | $ | N/A |
| 20. N/A | $ | N/A |
| 21. N/A | $ | N/A |
| 22. N/A | $ | N/A |
| 23. N/A | $ | N/A |
| 24. Total Products (Add lines 16 through 23) | $ | 0.00 |
| 25. Cash Sale Price (Add lines 3 + 15 + 24) | $ | 49084.18 |
| 26. Trade-in Allowance | $ | N/A |
| 27. Less Payoff | $ | N/A |
| 28. Net Trade Allowance (Line 26-27) | $ | N/A |
| 29. Cash Down Payment | $ | N/A |
| 30. Deferred Down Payment | $ | N/A |
| 31. Total Down Payment (Line 28 + 29 + 30) | $ | 0.00 |
| 32. Total Balance Due (Line 25-31) | $ | 49084.18 |

**THE CUSTOMER SERVICE FEE IS NOT AN OFFICIAL FEE AND IS NOT REQUIRED BY LAW BUT MAY BE CHARGED BY A DEALER. THIS ADMINISTRATIVE FEE MAY RESULT IN A PROFIT TO DEALER. NO PORTION OF THIS ADMINISTRATIVE FEE IS FOR THE DRAFTING, PREPARATION, OR COMPLETION OF DOCUMENTS OR THE PROVIDING OF LEGAL ADVICE DOCUMENTS OR THE PROVIDING OF LEGAL ADVICE.

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-NC
Bankers Systems™
Wolters Kluwer Financial Services © 2008
NCBUYORD.PDF (925A/364) VER: DOTNET

BUY-ORDER-NC 2/2/2009
BUYER'S INITIALS  *GH*                    Page 1 of 3

## Additional Terms

Definitions. Contract refers to this Buyer's Order. The pronouns you and your refer to each Buyer signing this Contract. The pronouns we, us and our refer to the Dealer/Seller. Vehicle means the motor vehicle described in the Vehicle Information section. Trade-in Vehicle(s) refers to the vehicle described in the Trade-in Information section that is being traded to the Dealer/Seller as part of this transaction. Manufacturer refers to the entity that manufactured the Vehicle.

Agreement to Purchase. You agree to buy the Vehicle from us for the price stated in this Contract. You agree to sign any documents necessary to complete this transaction. Unless you have cancelled this Contract under the condition described in the Manufacturer section, if you refuse to take delivery of the Vehicle, we can keep any deposits you have made to us, and you will be liable to us for all of our damages and expenses in connection herewith, including but not limited to reasonable attorneys' fees.

You represent that you are of legal age and have legal capacity to enter into this Contract.

Manufacturer. We are not an agent of the Manufacturer. Manufacturer can change the price, design or standard features of the Vehicle at any time without notice. If we cannot obtain the Vehicle from the Manufacturer at the price in effect as of the date of this Contract, or if we cannot obtain the agreed upon product from the Manufacturer, you or we can cancel this Contract.

If you cancel this Contract under the terms of this section, we will refund to you any amounts you have paid to us. If you have delivered a Trade-in Vehicle to us, we will return it to you. If we have already sold the Trade-in Vehicle, we will pay you the trade-in allowance after adjusting for any payoff to a lienholder.

Insurance. The insurance information you have given us is accurate.

Trade-in Vehicle. You will transfer title to the Trade-in Vehicle to us free of all liens except those noted on this Contract. You give permission to us to contact the lienholder(s) for payoff information. If the payoff information that we obtain from the lienholder(s) differs from the amount disclosed in this Contract, you agree to pay the difference to us if the actual amount of the balance owed is greater than the amount listed in this Contract. If the actual amount of the balance owed is less than the amount listed in this Contract, then we will pay you the difference.

If you do not deliver the Trade-in Vehicle to us at the time of the initial appraisal, we may reappraise the Trade-in Vehicle when it is delivered to us. If the reappraised value is lower than the original appraisal, you can cancel this transaction as long as you have not taken delivery of the Vehicle.

You represent that (a) you are the sole true and lawful owner of the Trade-in Vehicle, (b) the Trade-in Vehicle has never been titled under any state or federal law such as "defective," "rebuilt," "salvage," "flood," etc., (c) the mileage of the Trade-in Vehicle shown in this Contract is the actual mileage of the Trade-in Vehicle, (d) all emission control equipment is on the Trade-in Vehicle and is in satisfactory working order, and (e) the Trade-in Vehicle has not been damaged by collision or other event and repaired. If any of these representations are not true, we may elect to cancel the transaction. We may also choose to reappraise the Trade-in Vehicle and adjust the Total Balance Due instead of cancelling the transaction. You agree to immediately pay us the difference.

Retail Installment Contract. In the event that you and we enter into a retail installment contract for the financing of the purchase of the Vehicle, the terms of the retail installment contract will control any inconsistencies between this Contract and the retail installment contract.

Vehicle Inspection. You are purchasing the Vehicle based upon your personal inspection, and are not relying upon any opinion, statement, promise or representation of the salesperson, or any other of our employees that is not contained in the written agreements you are signing today.

Vehicle Condition. You understand that the Vehicle may have sustained prior body damage and may have undergone prior mechanical repairs during or after its manufacture, during or after transit to us or while in the possession of prior owners or operators.

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-NC
Bankers SystemsTM
Wolters Kluwer Financial Services © 2008
NCBUYORD.PDF (925A/364) VER: DOTNET

BUYER'S INITIALS _GH_

BUY-ORDER-NC  2/2/2009
Page 2 of 3

## Warranty Information

**Warranty.** We make no express or implied warranties. Except as required by law, we make no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. We sell the Vehicle AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED, WITH ALL FAULTS.

If this is a new Vehicle, the Vehicle is subject to a standard written manufacturer's warranty. This warranty is made by the manufacturer and not by us.

Used Car Buyer Notice. If you are buying a used vehicle, the information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

Gu.a para compradors de veh.culos usados. La informaci–n que ve en el formulario de la ventanilla para este veh.culo forma parte del presente contrato. La informaci–n del formulario de la ventanilla deja sin efecto toda disposici–n en contrario contenida en el contrato de venta.

## Notices

☐ You understand that the balance owed on the Trade-in exceeds the Trade-in Allowance and that as a result the Total Balance Due has been increased by this $ N/A _____ of negative equity.

☐ The Dealer/Seller may receive a fee, commission, or other compensation for providing, procuring, or arranging financing.

## Signatures

This agreement is not binding upon the Dealer\Seller until it is signed by an authorized representative of the Dealer\Seller.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. This is the complete agreement; there are no other written or oral agreements.

☐ A separate Arbitration Agreement is a part of this Contract.



X _____
　Buyer                                            Date

X _____
　Buyer                                            Date



X _____
　Dealer\Seller                                    Date

TOTAL BALANCE DUE ($49084.18) TO BE FINANCED BY:

PATELCO FEDERAL CREDIT UNION
PO BOX 2227
MERCED, CA  95344-

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-NC
Bankers Systems™
Wolters Kluwer Financial Services © 2008
NCBUYORD.PDF (925A/364) VER: DOTNET

BUYER'S INITIALS _____

# ODOMETER
## DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, METROLINA AUTO GROUP          (transferor's name, print) state that the odometer now reads  4821
(no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is *NOT* the actual mileage.     **WARNING—ODOMETER DISCREPANCY.**

Make MASERATI

Model QUATTROPPORTE

Body Type SEDAN

_____
(Transferor's Signature)

METROLINA AUTO GROUP
(Printed Name)

Vehicle Identification Number  ZAM39FKA4B0057084

Year 2011

Date of Statement          02/04/2016

_____
(Transferee's Signature)

GAREY E HENDERSON II
(Printed Name)

**TRANSFEROR'S NAME AND ADDRESS**

METROLINA AUTO GROUP
(Printed Name)

6010 KENLEY LN.
(Street or Address)

CHARLOTTE, NC 28217
(City)        (State)        (Zip)

**TRANSFEREE'S NAME AND ADDRESS**

GAREY E HENDERSON II
(Printed Name)

3325 PIEDMONT RD NE UNIT 1602
(Street or Address)

ATLANTA, GA  30305-
(City)        (State)        (Zip)

Customized by Wayne Reaves Computer Systems, Inc.
Odometer Disclosure Statement
Bankers Systems™
Wolters Kluwer Financial Services © 1989, 2007
XODS.PDF ((152U/384)SOLD) (163Z/396)TRADE)) VER: DOT NET 10/19/2015

ODS 4/24/2007

MVR-63
(Rev. 1/06)

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That the undersigned:

GAREY E HENDERSON II
_____
(BUYER)        (SELLER)      OR        (LEGAL OWNER)

of the following described motor vehicle:

Make   MASERATI _____   Type   SEDA _____

Motor Number _____   Serial Number   ZAM39FKA4B0057084 _____

Year Built   2011 _____   Model   QUATTROPPORTE _____

does hereby authorize and irrevocably appoint:

_____
(ATTORNEY)

my (or our) true and lawful attorney to sign in the name, place and stead of the
undersigned, any certificate of title covering the vehicle described above in whatever
manner necessary to effect the transfer of such title, application for a duplicate of such title
or application for a new certificate of title of said vehicle as (he) (she) may deem fit and
proper, hereby ratifying and confirming whatever action said Attorney shall or may take by
virtue hereof in the premises.

IN WITNESS WHEREOF, the undersigned has executed this instrument this

_____4th_____ day of _____FEBRUARY_____ , _2016___

_____
(FULL SIGNATURE OF OWNER)

Date: _____   County _____   State _____

I certify that the following person(s) personally appeared before me this day, each
acknowledging to me that he or she voluntarily signed the foregoing document for the
purpose stated therein and in the capacity indicated:

_____
(NAME(S) OF PRINCIPAL(S))

Notary Signature _____

Printed or typed name _____

(SEAL)                    My commission expires: _____

MVR-63.PDF [SOLD: (24U/53); TRADE: (25U/54)] VER: DOTNET 12/08/2015

MVR-181
*(Rev. 12/2011)*

# DAMAGE DISCLOSURE STATEMENT
### Questions 1 & 4 apply only to five (5) model years old and newer.
*Alterations or erasures void this form.*

### NOTICE TO SELLER:
*STATE LAW REQUIRES THAT EVERY SELLER DISCLOSE TO THE BUYER IF HE/SHE KNOWS THE INFORMATION LISTED BELOW.*
*FAILURE TO DO SO MAY RESULT IN CIVIL AND/OR CRIMINAL LIABILITY.*

### NOTICE TO BUYER:
*RETAIN THIS INFORMATION.*
*STATE LAW REQUIRES YOU TO DISCLOSE SIMILAR DAMAGE INFORMATION WHEN YOU SELL OR TRANSFER TITLE TO THIS VEHICLE.*

| 2011 | MASERATI | SEDAN | ZAM39FKA4B0057084 |
|------|----------|-------|-------------------|
| **Year** | **Make** | **Body Style** | **Vehicle Identification Number** |

1. Has this vehicle been ***damaged by collision or other occurrence to the extent that damages exceed 25% of its value at the time of the collision or other occurrence***? **(Applies to 5 Model Years old and newer)**    Yes ☐  No ☒
   If yes, list parts that were damaged. _____

2. Was this vehicle a ***salvage motor vehicle***? **(Applies to All Model Years)**    Yes ☐  No ☒
   If yes, in which state was it titled? _____

3. Is this vehicle a ***flood vehicle***? **(Applies to All Model Years)**    Yes ☐  No ☒

4. Is this vehicle a ***recovered theft vehicle***? **(Applies to 5 Model Years old and newer)**    Yes ☐  No ☒
   If yes, list parts that were damaged. _____

5. Has this vehicle been ***reconstructed***? **(Applies to All Model Years)**    Yes ☐  No ☒

### As the Seller, I declare that the above information is true to the best of my knowledge.

SELLER'S SIGNATURE: _____   DATE: _____

SELLER'S ADDRESS: 6010 KENLEY LN. CHARLOTTE, NC 28217 _____

BUYER'S ACKNOWLEDGEMENT AND SIGNATURE: _____

## Damage Disclosure Definitions

**Five (5) Model Years -** The term "five model years" shall be calculated by counting the model year of the vehicle's manufacture as the first model year and the current calendar year as the final model year.

**Flood Vehicle -** A motor vehicle that has been submerged or partially submerged in water in the extent that damage to the body, engine, transmission, or differential has occurred.

**Non-U.S.A. Vehicle -** A motor vehicle manufactured outside of the United States and not intended by the manufacturer for sale in the United States.

**Reconstructed Vehicle -** A motor vehicle of a type required to be registered hereunder that has been materially altered from original construction due to removal, addition or substitution of new or used essential parts; and includes glider kits and custom assembled vehicles.

**Salvage Motor Vehicle -** Any motor vehicle damaged by collision or other occurrence to the extent that the cost of repairs to the vehicle and rendering the vehicle safe for use on the public streets and highways would exceed seventy-five percent (75%) of its fair retail market value, whether or not the motor vehicle has been declared a total loss by an insurer. Repairs shall include the cost of parts and labor; or a vehicle for which an insurance company has paid a claim that exceeds 75% of the fair market retail value. Fair market retail values shall be as found in the NADA Pricing Guide Book or other publications approved by the Commissioner.

**Salvage Rebuilt Vehicle -** A salvage vehicle that has been rebuilt for title and registration.

**Junk Vehicle -** A motor vehicle which is incapable of operation or use upon the highways and has no resale value except as a source of parts or scrap, and shall not be titled or registered.

**Metrolina AUTO GROUP**

**Customer Last Name:** ~~Roberts~~ HENdERSON
**Stock #:** 3601   **In State** _____ **Out of State** X
**Tag Transferred:** _____
**Year:** 2011 **Make:** Maserat. **Model** Quattroporte
**Vin:** ZAM39FKA4B0057084
**Consignment:** _____
**Bank:** _____ **Account #:** _____

**Insurance Co:** Farmers Ins. **Policy #:** 1932 12697

**Cash:** _____ **Financing:** X
**Bank:** Patelco FCU

**Gap:** _____ **Warranty:** _____

**Trade In:** _____

**Year:** _____ **Make:** _____ **Model:** _____

**Vin:** _____

**Payoff:** _____ **Account #:** _____

**Payoff Address:** _____

**Down Payment**

**Cash:** _____ **Card:** _____ **Check:** _____

**Balance Remaining:** _____

**Items Owed to Customer:** _____

# EXHIBIT 3



# EXHIBIT 4

## Carrier Information

**Order ID:** 057084

# Dispatch Sheet

**Carrier:** United Auto Transport LLC
3660 Rivendell Ln
cumming, GA 30040
**MC Number:** 946192

**Contact:** Adnan Okanovic
**Phone:** 678-907-0676
**Phone 2:** (678) 907-0676

# Metrolina Auto Group LLC

## Order Information

6010 Kenley Ln
charlotte, NC 28217
**Co. Phone:** (704) 705-2570

**Dispatch Date:** 02/22/2016
**Pickup Estimated:** 02/23/2016
**Delivery Estimated:** 02/23/2016
**Ship Via:** Open
**Condition:** Operable

**Price Listed:** $250.00
**Total Payment to Carrier:** $250.00
**On Pickup to Carrier:** $250.00 *COP
**Company** owes Carrier:** $0.00 after COP is paid

**Dispatch Info**
**Contact:** KIT SITTIWONG
**Phone:** 704-817-4560
**Fax:** (704) 705-2437

*Check on Pickup.
**The company (broker, dealer, auction, rental company, etc.) that originated this dispatch sheet.

## Vehicle Information

**Total Vehicles:** 1

1  2011 maserati quattroporte  **Type:** Car  **Color:**  **Plate:**  **VIN:**  **Lot #:**  **Additional Info:**

## Pickup Information

**Name:** Kit Sittiwong (Metrolina Auto Group)
6010 Kenley Lane
charlotte, NC 28217
**Phone:** 704-817-4560  **Phone 2:** 704-705-2570
**Phone 3:** Phone 3  **Cell:** Cell

## Delivery Information

**Name:** Garey Henderson
3325 Piedmont Rd NE
Unit 1602
atlanta, GA 30305
**Phone:** 301-257-2179  **Phone 2:** Phone 2  **Phone 3:** Phone 3
**Cell:** Cell

**DISPATCH INSTRUCTIONS**
call kit at 704-817-4560
This should be picked up within 2 days of 02/23/2016.   This should be delivered within 2 days of 02/23/2016.

PLEASE GIVE THE CUSTOMER AT LEAST A 24 HOUR NOTICE FOR PICKUP AND DELIVERY. PLEASE DO A THOROUGH INSPECTION OF THE VEHICLE ON PICKUP.

Authority to transport this vehicle is hereby assigned to **United Auto Transport LLC.** By accepting this agreement **United Auto Transport LLC** certifies that it has the proper legal authority and insurance to carry the above described vehicle, only on trucks owned by **United Auto Transport LLC.** All invoices must be accompanied by a signed delivery receipt and faxed to **Metrolina Auto Group LLC.** The above agreed upon price includes any and all surcharges unless otherwise agreed to by both United Auto Transport LLC and Metrolina Auto Group LLC.

The agreement between United Auto Transport LLC and Metrolina Auto Group LLC, as described in this dispatch sheet, is solely between United Auto Transport LLC and Metrolina Auto Group LLC. Dealertrack Central Dispatch, Inc. is not a party to such agreement, has no obligation under such agreement and expressly disclaims all liability whatsoever arising out of, or in connection with such agreement.

CD reference # 11089888