IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GAREY HENDERSON, )
)
Plaintiffs, )     CIVIL ACTION FILE NO.
vs. )     1:18-CV-03131-LMM
)
METROLINA AUTO GROUP, LLC )
and RYAN WILDRICK, )
)
Defendants. )

## DEFENDANTS METROLINA AUTO GROUP, LLC AND RYAN WILDRICK'S INITIAL DISCLOSURES

COMES NOW, Defendants Metrolina Auto Group, LLC ("Metrolina") and

Ryan Wildrick ("Wildrick") (collectively referred to as "Defendants") and, pursuant

to FRCP 26 (a) (1), makes the following initial disclosures:

(1)     If the defendant is improperly identified, state defendant's correct

identification and state whether defendant will accept service of an amended summons

and complaint reflecting the information furnished in this disclosure response.

**RESPONSE:**

**Defendants have been properly identified.**

(2)     Provide the names of any parties whom defendant contends are

necessary parties to this action, but who have not been named by plaintiff.  If

defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

**RESPONSE:**

**Defendants do not contend that there are any additional necessary parties at this time.**

(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendants in the responsive pleading.

**RESPONSE:**

**Defendants contend that Plaintiff purchased a used vehicle "as is" on or about February 4, 2016 from Defendant Metrolina Auto Group, LLC in North Carolina. The vehicle in question, a 2011 Maserati Quattroporte (VIN: ZAM39FKA4B0057084), had previously been involved in a collision and Plaintiff knew or should have known this information. Defendants did not conceal any material facts concerning the condition of the vehicle and Plaintiff had ample opportunity to inspect the condition of the vehicle. The parties entered into and signed a buyer's order to memorialize the sale of the vehicle. This contract contained specific provisions regarding the inspection and condition of the vehicle. These provisions provide as follows:**

**Vehicle Inspection. You are purchasing the Vehicle based upon your personal inspection, and are not relying upon any opinion, statement, promise or representation of the salesperson, or any other of our employees that is not contained in the written agreements you are signing today.**

**Vehicle Condition. You understand that the Vehicle may have sustained prior body damage and may have undergone prior mechanical repairs during or after its manufacture, during or after transit to us or while in the possession of prior owners or operators.**

**Plaintiff purchased the vehicle subject to these provisions as detailed in the signed contract. Plaintiff did not make any complaints regarding the vehicle or attempt to rescind the purchase after delivery, despite a thorough diagnostic review by a local auto mechanic. Defendants did not defraud Plaintiff in any way and have not violated the Fair Business Trade Practices Act.**

(4)    Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usage, and illustrative case law which defendant contends are applicable in this action.

**RESPONSE:**

**Defendants rely on the Federal Rules of Civil Procedure, Federal Rules of Evidence and Local Rules for the Northern District of Georgia that apply to the within action as well as pertinent Georgia law including the following:**

- **O.C.G.A. § 13-6-11 (attorney's fees and expenses of litigation) and applicable case law including but not limited to <u>Lay Bros., Inc. v. Golden Pantry Food Stores, Inc.</u>, 273 Ga.App. 870 (2005), <u>Rapid Group v. Yellow Cab, etc.</u>, 253 Ga.App. 43 (2001) and <u>Brown v. Baker</u>, 197 Ga.App. 466 (1990);**

- **O.C.G.A. § 10-1-399 and applicable case law;**

- **O.C.G.A. § 10-1-393 and applicable case law;**

- **O.C.G.A. § 51-12-5.1 and applicable case law;**

- **O.C.G.A. § 13-1-2 and applicable case law;**

- **O.C.G.A. § 13-1-5 and applicable case law**

- **O.C.G.A. § 13-2-1 - 4 and applicable case law;**

- **O.C.G.A. § 51-6-1 and applicable case law;**

- **O.C.G.A. Title 11. Commercial Code and applicable case law;**

- **FRE 701, 702 & Daubert principles (expert admissibility).**

**Defendants reserve the right to supplement and/or amend this response.**

(5)     Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.  (Attach witness list to Initial Disclosures as Attachment "A".)

**RESPONSE:**

**See Attachment A.**

(6)   Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.   For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.   (Attach expert witness list and written reports to Initial Disclosures as Attachment "B".)

**RESPONSE:**

**See Attachment B.**

(7)   Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.   (Attach document list and descriptions to Initial Disclosures as Attachment "C".)

**RESPONSE:**

**See Attachment C.**

(8)   In the space provided below, provide a computation of any category of damages claimed by you.   In addition, include a copy or, or describe by category

and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed. R. Civ. P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment "D".)

**RESPONSE:**

**See Attachment D.**

(9)    If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

**RESPONSE:**

**Defendants do not contend that any other person or legal entity is liable to the plaintiff at this time.**

(10)   Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.  (Attach copy of insurance agreement to Initial Disclosures as Attachment "E".)

**RESPONSE:**

**See Attachment E.**

This 13th day of August, 2018.

                    MCMICKLE, KUREY & BRANCH, LLP

                By:   /s/ Andrew E. Feske               
                     KEVIN P. BRANCH
                     Georgia Bar No.: 111839
                     ANDREW E. FESKE
                     Georgia Bar No:  103245
                     ***Attorneys for Defendants***

200 South Main Street
Alpharetta, GA 30009
Telephone:  (678) 824-7800
Facsimile:  (678) 824-7801
Email:      kpb@mkblawfirm.com
            afeske@mkblawfirm.com

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1B, NDGa.**

Counsel for Defendants Metrolina Auto Group, LLC and Ryan Wildrick hereby certifies that, DEFENDANTS' INITIAL DISCLOSURES have been prepared with one of the font and point selections approved by the Court in LR 5.1(b): Times New Roman (14 point).

This 13th day of August, 2018.

MCMICKLE, KUREY & BRANCH, LLP

By:   /s/ Andrew E. Feske
         KEVIN P. BRANCH
         Georgia Bar No.: 111839
         ANDREW E. FESKE
         Georgia Bar No:  103245
         ***Attorneys for Defendants***

200 South Main Street
Alpharetta, GA 30009
Telephone:  (678) 824-7800
Facsimile:   (678) 824-7801

## ATTACHMENT "A"

The following witnesses may have discoverable information that Defendants may use to support its claims or defenses:

1. **Plaintiff Ryan Henderson** – Mr. Henderson will have knowledge about the events and circumstances leading up to and following the sale of the subject vehicle and the alleged fraud and trade practices violations. Mr. Henderson will also have knowledge regarding the extent of his damages that he alleges are related to the same.

2. **Defendant Ryan Wildrick** – Mr. Wildrick will have knowledge about the events and circumstances leading up to and following the sale of the subject vehicle and the alleged fraud and trade practices violations asserted by Plaintiff Henderson. He may be contacted through counsel.

3. **Ryan Moreno** – Mr. Moreno will have knowledge about the events and circumstances leading up to and following the sale of the subject vehicle and the alleged fraud and trade practices violations asserted by Plaintiff Henderson. He may be contacted through counsel.

4. **Ny Buco** – Mr. Buco will have knowledge about the events and circumstances leading up to and following the sale of the subject vehicle and the alleged fraud and trade practices violations asserted by Plaintiff Henderson. He may be contacted through counsel.

5. **All witnesses identified by Plaintiff.**

Defendants further state that discovery has just begun in this case and it will supplement this information in accordance with the Federal Rules of Civil Procedure as needed.

## ATTACHMENT "B"

Defendants have not currently designated any experts to testify at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. Defendants further state that discovery has just begun in this case and it will supplement this information in accordance with the Federal Rules of Civil Procedure as needed.

## ATTACHMENT "C"

The following documents and tangible things may be used to support Defendants' claims or defenses:   See attached DEF00001 – DEF00033. Defendants further state that discovery has just begun in this case and it will supplement this information in accordance with the Federal Rules of Civil Procedure as needed.

## BILL OF SALE

**Date:**  02/02/2016

Stock Number: 3601

This sale is solely a transaction between the buying and selling
dealers - no warranty on mechanical or physical condition of car.

**SELLER**
METROLINA AUTO GROUP
6010 KENLEY LN.
CHARLOTTE, NC 28217
County: MECKLENBURG
Phone: (704) 705-2570

**BUYER**
HYPNOTIC MOTORS
6010 KENLEY LN
CHARLOTTE, NC 28217-
COUNTY: MECKLENBURG

| **Year:** 2011 | **Make:** MASERATI | **Model:** QUATTROPPORTE |
|---|---|---|
| **Vin:** ZAM39FKA4B0057084 | **Color:** BLACK | **Mileage:** 4477 |

**SALE PRICE: $**          38500.00

**UPON CONDITIONS SET FORTH HERE AND IN ALL DOCUMENTS EXECUTED HERE, FOR THE VALUE
RECEIVED THE SELLER HEREBY SELLS TO THE BUYER, THE WITHIN DESCRIBED VEHICLE.**

### DISCLAIMER OF WARRANTIES

**Any warranties on the products sold hereby are those made by the manufacturer. The Seller
hereby expressly disclaims all warranties, either express or implied, including warranty of
merchantability or fitness for a particular purpose and the Seller neither assumes nor
authorizes any other person to assume for it any liability in connection with the sale of said
products.**

Signed: Seller

Signed: Buyer

© COPYRIGHT 2005 Wayne Reaves Computer Systems, Inc.
   WR Inv Bos ver. 1.02 (rev. 06/05)
   INVBOS.PDF (24Z/44) VER: DOTNET  1/28/15

DEF00001

## COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF MOTOR VEHICLES

### CERTIFICATE OF TITLE FOR A VEHICLE
KEEP IN SAFE PLACE. ANY ALTERATION OR ERASURE VOID THIS TITLE

ESTABLISHED 07/05/12

EMPTY WGT | GROSS WGT | GVWR
4389 | | 

OTHER PERTINENT DATA
OS

NAME(S) AND ADDRESS(ES) OF OWNER(S)
BUXTON THOMAS WYATT AND
BUXTON SHIRLEY ROBERSON OR SUR

VIRGINIA BEACH VA 234

NO LIENS

COPY / NO TRANSFERABLE

VOID IF ALTERED

DEF00003

**dmv**Now.com
Virginia Department of Motor Vehicles
Post Office Box 27412
Richmond, Virginia 23269-0001

## POWER OF ATTORNEY TO SIGN FOR OWNER
### WHEN REGISTERING AND/OR TRANSFERRING OWNERSHIP OF A MOTOR VEHICLE

VSA 70 (12/01/2010)

| OWNER NAME (last, first, middle) | CO-OWNER NAME (last, first, middle) | | |
|---|---|---|---|
| BUXTON, THOMAS WYATT | SHIRLEY BUXTON | | |
| OWNER ███████ | CO-OWNER STREET ADDRESS | | |
| CITY VIRGINIA BEACH VA 23451-4957   STATE   ZIP | CITY VIRGINIA BEACH | STATE VA | ZIP 23451-4957 |

| FULL LEGAL NAME (last) | (first) | (middle) | (suffix) |
|---|---|---|---|
| Dillard | Brandy | | |
| STREET ADDRESS ███████ | CITY VIRGINIA BEACH, | STATE VA. | ZIP 23452 |

| VEHICLE MAKE | BODY TYPE | MODEL YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) | TITLE NUMBER |
|---|---|---|---|---|
| MASE | SD | 11 | ZAM39FKA4B0057084 | |

I/We, being the owner(s) of the motor vehicle described above, by these presents do make, constitute, and appoint the person named above true and lawful attorney-in-fact to sign in my/our name, place, and stead any Certificate of Title, or other supporting papers, covering said motor vehicle, in whatever manner necessary to register and/or transfer ownership of said motor vehicle; and I/we do hereby grant unto said attorney-in fact full authority and power to do and perform any and all other acts necessary or incidents to the execution of the powers herein expressly granted, as the grantor might or could do if personally present, with full power of substitution.

I/We further certify and affirm that all information presented in this form is true and correct, that any documents I/we have presented to DMV are genuine, and that the information included in all supporting documentation is true and accurate. I/we make this certification and affirmation under penalty of perjury and I/we understand that knowingly making a false statement or representation on this form is a criminal violation.

| OWNER SIGNATURE | DATE (mm/dd/yyyy) | CO-OWNER SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| *signature* | 03/25/2013 | *signature* | 03/25/2013 |
| OWNER SOCIAL SECURITY NUMBER/EMPLOYER FEDERAL ID NUMBER (if vehicle owned by a company or corporation) 230685255 | DATE (mm/dd/yyyy) | CO-OWNER SOCIAL SECURITY NUMBER/EMPLOYER FEDERAL ID NUMBER (if vehicle owned by a company or corporation) | DATE (mm/dd/yyyy) |

DEF00004

DEF00005



DEF00006



53

**RETAIL CERTIFICATE OF SALE**

New York State Department of Motor Vehicles

No. **52170374**

`* 5 2 1 7 0 3 7 4 *`

**TYPE OF SALE:**
☒ WHOLESALE OR ☐ RETAIL:
☐ New ☒ Used ☐ Demo ☐ Salvage

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type: | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2011 | Maserati | Quattroporte | 4DR | Black | 4388 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| ZAM39FKA4B0057084 | O | N/A | N/A | N/A |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price $ |
|---|---|---|---|
| N/P | N/P | | |

**DEALER INFORMATION** (Print Name and Address)

TNM AUTOGROUP INC

**PURCHASER INFORMATION** (Print Name and Address)

METROLINA AUTO GROUP LLC

Date of Sale 12-23-15

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)

Greico Mazda of Delray Beach     Delray

Date of Purchase 10-13-15

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

| ODOMETER READING |
|---|
| 4 4 7 3 |
| (no tenths) |

**DEALER CERTIFICATION:**

**I certify:** The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|---|---|---|---|
| | TNM AUTOGROUP INC | 12-23-15 | 7109759 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| [signature] | Metrolina Auto Group Katie Shaffer | 12-23-15 | 270778290 |

MV-50 (03/04)

**ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE**

MVR-2 (Rev.09/08)  NO FEE

# North Carolina Division of Motor Vehicles
## DEALER'S REASSIGNMENT OF TITLE TO A MOTOR VEHICLE

To be used by North Carolina licensed dealers to reassign out-of-state assigned certificates of title, non-title state registration certificates and/or bills of sale or other documents acceptable for obtaining a certificate of title in North Carolina for vehicles acquired by North Carolina dealers. May also be used to reassign manufacturer's certificates of origin and North Carolina certificates of title when the space or spaces provided on these documents for dealer's assignments have been used.

YEAR **2011** MAKE **Maserati** BODY STYLE _____ VIN **ZAM39FKA4B0057084**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

**Hypnotic Motors**

"I certify to the best of my knowledge that the odometer reading is: **4,411** (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. **WARNING – ODOMETER DISCREPANCY**

**02.02.2016**
DATE VEHICLE DELIVERED TO PURCHASER     To my knowledge the vehicle described herein:
Yes ☐ No ☒ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☒ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent **Katie Shaffer** _____
Printed Firm Name **Metrolina Auto Group** Dealer No. **72171**
Date **02.02.2016** County **Mecklenburg** State **NC**

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller's\(\)(name(s) of principal(s)).

Notary
Signature **Nancianne Rubio**     Notary Printed
or Typed Name **Nancianne Rubio**
"I am aware of the above odometer certification and damage disclosure made by the seller." My Commission Expires **6/22/2017** (SEAL)

Hand Printed Name and
Signature(s) of Buyer(s) **Sergey Gordin**

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. **WARNING – ODOMETER DISCREPANCY**
DATE VEHICLE DELIVERED TO PURCHASER     To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _____
Printed Firm Name _____ Dealer No. _____
Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller's\(\)(name(s) of principal(s)).

Notary
Signature _____     Notary Printed
or Typed Name _____
"I am aware of the above odometer certification and damage disclosure made by the seller." My Commission Expires _____ (SEAL)

Hand Printed Name and
Signature(s) of Buyer(s) _____

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. **WARNING – ODOMETER DISCREPANCY**
DATE VEHICLE DELIVERED TO PURCHASER     To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _____
Printed Firm Name _____ Dealer No. _____
Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller's\(\)(name(s) of principal(s)).

Notary
Signature _____     Notary Printed
or Typed Name _____
"I am aware of the above odometer certification and damage disclosure made by the seller." My Commission Expires _____ (SEAL)

Hand Printed Name and
Signature(s) of Buyer(s) _____

**LIEN OR ENCUMBRANCE - ENTER IN OWNER'S APPLICATION FOR TITLE.**
*This form contains the conforming odometer statement and must have the hand printed name and signature of both the buyer and seller.*

Verify authenticity. Face should have a purple background. Back should contain a watermark that is visible when held at a 45 degree angle.

DEF00009

```
                        Manheim New Jersey
■■ ■■■■■ ■■ ■ ■■ ■■■ ■■ * Bordentown, NJ 08505 Ph(609) 298-3400 Fx(609) 324-4301

LSULISH                        BUYER'S RECEIPT              16:45:54
BUYRCPTE MACS SALE12             12/23/2015                      Page    .1


                        · Sale Date:  12/23/2015

  5305103 METROLINA AUTO GROUP LLC
          ■■■■ ■■■■■■■■ ■■■           PHONE (704) 705-2570
          CHARLOTTE        NC         FAX   (704) 705-2437

LnRun  Year Make     Model          Price    Adjust    Buy    Dft  Total Due
------ ---- --------- ------------  -------  --------  ------  -----  ----------

920068 2011 MASERATI QUATTRO        38,500      .00      0      0   38,500.00
Howpd: Unpaid Chk Color: GRAY          4477 VIN: ZAM39FKA4B0057084
                                   --------------------------------------------
  Total Vehicles:      1 Totals:    38,500               0          38,500.00
                                             .00                0
Accounts Receivable in the amount of         $.00  are now due.
A/R amount past due          $.00  - PLEASE PAY IMMEDIATELY

IMPORTANT:
The above vehicle(s) have been purchased at Manheim. Please remit payment upon
receipt to avoid late fees.  If financing through MAFS or an outside source,
please notify the auction immediately.  Payments can be made via MYAccount or
over nighted to any Manheim location. Thank you for your business.
```

DEF00010

MVR-63
(Rev. 1/06)

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That the undersigned:

GAREY E HENDERSON II
_____
           (BUYER)     (SELLER)    OR     (LEGAL OWNER)

of the following described motor vehicle:

Make   MASERATI                        Type   SEDA

Motor Number _____    Serial Number   ZAM39FKA4B0057084

Year Built   2011                   Model   QUATTROPPORTE

does hereby authorize and irrevocably appoint:

_____
                            (ATTORNEY)

my (or our) true and lawful attorney to sign in the name, place and stead of the undersigned, any certificate of title covering the vehicle described above in whatever manner necessary to effect the transfer of such title, application for a duplicate of such title or application for a new certificate of title of said vehicle as (he) (she) may deem fit and proper, hereby ratifying and confirming whatever action said Attorney shall or may take by virtue hereof in the premises.

IN WITNESS WHEREOF, the undersigned has executed this instrument this

_____ 4th _____ day of _____ FEBRUARY _____ , _2016_

_____
                     (FULL SIGNATURE OF OWNER)

Date: _____    County _____    State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated:

_____
               (NAME(S) OF PRINCIPAL(S))

Notary Signature _____

Printed or typed name _____

       (SEAL)                 My commission expires: _____

MVR-63.PDF [SOLD: (24U/53); TRADE: (25U/54)] VER: DOTNET 12/08/2015

DEF00011

# DAMAGE DISCLOSURE STATEMENT

### Questions 1 & 4 apply only to five (5) model years old and newer.
*Alterations or erasures void this form.*

### NOTICE TO SELLER:
*STATE LAW REQUIRES THAT EVERY SELLER DISCLOSE TO THE BUYER IF HE/SHE KNOWS THE INFORMATION LISTED BELOW.*
*FAILURE TO DO SO MAY RESULT IN CIVIL AND/OR CRIMINAL LIABILITY.*

### NOTICE TO BUYER:
*RETAIN THIS INFORMATION.*
*STATE LAW REQUIRES YOU TO DISCLOSE SIMILAR DAMAGE INFORMATION WHEN YOU SELL OR TRANSFER TITLE TO THIS VEHICLE.*

| 2011 | MASERATI | SEDAN | ZAM39FKA4B0057084 |
|------|----------|-------|-------------------|
| **Year** | **Make** | **Body Style** | **Vehicle Identification Number** |

1. Has this vehicle been ***damaged by collision or other occurrence to the extent that damages exceed 25%*** ***of its value at the time of the collision or other occurrence***? **(Applies to 5 Model Years old and newer)**   Yes ☐   No ☒
   If yes, list parts that were damaged. _____

2. Was this vehicle a ***salvage motor vehicle***? **(Applies to All Model Years)**   Yes ☐   No ☒
   If yes, in which state was it titled? _____

3. Is this vehicle a ***flood vehicle***? **(Applies to All Model Years)**   Yes ☐   No ☒

4. Is this vehicle a ***recovered theft vehicle***? **(Applies to 5 Model Years old and newer)**   Yes ☐   No ☒
   If yes, list parts that were damaged. _____

5. Has this vehicle been ***reconstructed***? **(Applies to All Model Years)**   Yes ☐   No ☒

### As the Seller, I declare that the above information is true to the best of my knowledge.

SELLER'S SIGNATURE: _____   DATE: _____

SELLER'S ADDRESS: ███████████ CHARLOTTE, NC 28217

BUYER'S ACKNOWLEDGEMENT AND SIGNATURE: _____

## Damage Disclosure Definitions

**Five (5) Model Years –** The term "five model years" shall be calculated by counting the model year of the vehicle's manufacture as the first model year and the current calendar year as the final model year.

**Flood Vehicle –** A motor vehicle that has been submerged or partially submerged in water in the extent that damage to the body, engine, transmission, or differential has occurred.

**Non-U.S.A. Vehicle –** A motor vehicle manufactured outside of the United States and not intended by the manufacturer for sale in the United States.

**Reconstructed Vehicle –** A motor vehicle of a type required to be registered hereunder that has been materially altered from original construction due to removal, addition or substitution of new or used essential parts; and includes glider kits and custom assembled vehicles.

**Salvage Motor Vehicle –** Any motor vehicle damaged by collision or other occurrence to the extent that the cost of repairs to the vehicle and rendering the vehicle safe for use on the public streets and highways would exceed seventy-five percent (75%) of its fair retail market value, whether or not the motor vehicle has been declared a total loss by an insurer. Repairs shall include the cost of parts and labor; or a vehicle for which an insurance company has paid a claim that exceeds 75% of the fair market retail value. Fair market retail values shall be as found in the NADA Pricing Guide Book or other publications approved by the Commissioner.

**Salvage Rebuilt Vehicle –** A salvage vehicle that has been rebuilt for title and registration.

**Junk Vehicle –** A motor vehicle which is incapable of operation or use upon the highways and has no resale value except as a source of parts or scrap, and shall not be titled or registered.

# ODOMETER
# DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, METROLINA AUTO GROUP _____ (transferor's name, print) state that the odometer now reads 4821 _____
(no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is *NOT* the actual mileage.   **WARNING—ODOMETER DISCREPANCY.**

Make MASERATI

Model QUATTROPPORTE

Body Type SEDAN

_____
(Transferor's Signature)

METROLINA AUTO GROUP
(Printed Name)

Vehicle Identification Number ZAM39FKA4B0057084

Year 2011

Date of Statement         02/04/2016

_____
(Transferee's Signature)

GAREY E HENDERSON II
(Printed Name)

### TRANSFEROR'S NAME AND ADDRESS

METROLINA AUTO GROUP
(Printed Name)

_____
(Street or Address)

CHARLOTTE, NC 28217
(City)          (State)          (Zip)

### TRANSFEREE'S NAME AND ADDRESS

GAREY E HENDERSON II
(Printed Name)

_____
(Street or Address)

ATLANTA, GA 30305-
(City)          (State)          (Zip)

Customized by Wayne Reaves Computer Systems, Inc.
Odometer Disclosure Statement
Bankers Systems™
Wolters Kluwer Financial Services © 1989, 2007
XODS.PDF {(152U/384)SOLD; (153Z/396)TRADE)} VER: DOT NET 10/19/2015

ODS 4/24/2007

Bill Of Sale
# BUYER'S ORDER

| Dealer/Seller Name and Address | Buyer/Co-Buyer Name(s) and Address(es) | |
|---|---|---|
| METROLINA AUTO GROUP | GAREY E HENDERSON II | PHONE #:  (301) 257-2179 |
| CHARLOTTE, NC  28217 | ATLANTA, GA 30305- | |
| COUNTY: MECKLENBURG | COUNTY: FULTON | |
| PHONE: (704) 705-2570 | | |

Date      02/04/2016          Stock No. 3601          Salesperson HOUSE
App No.      N/A               Contract No. 3978

## Vehicle Information

☐ New      ☒ Used      ☐ Demo
Year 2011          Lic. No. N/A
Make MASERATI          Odometer Reading 4821
Model  QUATTROPPORT          Color BLACK
Body Style SEDAN
VIN ZAM39FKA4B0057084
Other

## Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company N/A *Farmers Ins*
Policy No. N/A *19321269?*

## Trade-In Information

**Trade-in 1**

Year N/A                    Lic. No. N/A
Make  N/A                   Odometer Reading  N/A
Model  N/A                  Color  N/A
Body Style N/A
VIN N/A
Lienholder Name  N/A
Address  N/A
N/A
Phone N/A                   Payoff N/A
Payoff good through                    N/A
Approved

**Trade-in 2**

Year N/A                    Lic. No. N/A
Make  N/A                   Odometer Reading  N/A
Model  N/A                  Color  N/A
Body Style N/A
VIN N/A
Lienholder Name  N/A
Address  N/A
N/A
Phone N/A                   Payoff N/A
Payoff good through                    N/A
Approved

## Itemization of Sale

| | | | |
|---|---|---|---|
| 1. | Vehicle Sales Price | $ | 44900.00 |
| 2. | Highway Use Tax | $ | 3,163.68 |
| **3.** | **Subtotal (Add lines 1 + 2)** | $ | 48063.68 |
| | **Title, License & Other Fees** | | |
| 4. | TITLE FEE | $ | 52.00 |
| 5. | TAG/REG FEE | $ | 279.00 |
| ** 6. | ** DOC FEE | $ | 689.50 |
| 7. | N/A | $ | N/A |
| 8. | N/A | $ | N/A |
| 9. | N/A | $ | N/A |
| 10. | N/A | $ | N/A |
| 11. | N/A | $ | N/A |
| 12. | N/A | $ | N/A |
| 13. | N/A | $ | N/A |
| 14. | N/A | $ | N/A |
| **15.** | **Total Other Fees** (Add lines 4 through 14) | $ | 1020.50 |
| | **Additional Products** | | |
| 16. | N/A | $ | N/A |
| 17. | SALES TAX ON SERVICE CONTRACT | $ | N/A |
| 18. | N/A | $ | N/A |
| 19. | N/A | $ | N/A |
| 20. | N/A | $ | N/A |
| 21. | N/A | $ | N/A |
| 22. | N/A | $ | N/A |
| 23. | N/A | $ | N/A |
| **24.** | **Total Products** (Add lines 16 through 23) | $ | 0.00 |
| **25.** | **Cash Sale Price (Add lines 3 + 15 + 24)** | $ | 49084.18 |
| 26. | Trade-in Allowance | $ | N/A |
| 27. | Less Payoff | $ | N/A |
| **28.** | **Net Trade Allowance (Line 26-27)** | $ | N/A |
| 29. | Cash Down Payment | $ | N/A |
| 30. | Deferred Down Payment | $ | N/A |
| **31.** | **Total Down Payment** (Line 28 + 29 + 30) | $ | 0.00 |
| **32.** | **Total Balance Due (Line 25-31)** | $ | 49084.18 |

**THE CUSTOMER SERVICE FEE IS NOT AN OFFICIAL FEE AND IS NOT REQUIRED BY LAW BUT MAY BE CHARGED BY A DEALER. THIS ADMINISTRATIVE FEE MAY RESULT IN A PROFIT TO DEALER. NO PORTION OF THIS ADMINISTRATIVE FEE IS FOR THE DRAFTING, PREPARATION, OR COMPLETION OF DOCUMENTS OR THE PROVIDING OF LEGAL ADVICE DOCUMENTS OR THE PROVIDING OF LEGAL ADVICE.

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-NC
Bankers Systems TM
Wolters Kluwer Financial Services © 2008
NCBUYORD.PDF (825A/364) VER: DOTNET

BUYER'S INITIALS  *GH*

BUY-ORDER-NC 2/2/2009
Page 1 of 3

DEF00014

## Additional Terms

Definitions. Contract refers to this Buyer's Order. The pronouns you and your refer to each Buyer signing this Contract. The pronouns we, us and our refer to the Dealer/Seller. Vehicle means the motor vehicle described in the Vehicle Information section. Trade-in Vehicle(s) refers to the vehicle described in the Trade-in Information section that is being traded to the Dealer/Seller as part of this transaction. Manufacturer refers to the entity that manufactured the Vehicle.

Agreement to Purchase. You agree to buy the Vehicle from us for the price stated in this Contract. You agree to sign any documents necessary to complete this transaction. Unless you have cancelled this Contract under the condition described in the Manufacturer section, if you refuse to take delivery of the Vehicle, we can keep any deposits you have made to us, and you will be liable to us for all of our damages and expenses in connection herewith, including but not limited to reasonable attorneys' fees.

You represent that you are of legal age and have legal capacity to enter into this Contract.

Manufacturer. We are not an agent of the Manufacturer. Manufacturer can change the price, design or standard features of the Vehicle at any time without notice. If we cannot obtain the Vehicle from the Manufacturer at the price in effect as of the date of this Contract, or if we cannot obtain the agreed upon product from the Manufacturer, you or we can cancel this Contract.

If you cancel this Contract under the terms of this section, we will refund to you any amounts you have paid to us. If you have delivered a Trade-in Vehicle to us, we will return it to you. If we have already sold the Trade-in Vehicle, we will pay you the trade-in allowance after adjusting for any payoff to a lienholder.

Insurance. The insurance information you have given us is accurate.

Trade-in Vehicle. You will transfer title to the Trade-in Vehicle to us free of all liens except those noted on this Contract. You give permission to us to contact the lienholder(s) for payoff information. If the payoff information that we obtain from the lienholder(s) differs from the amount disclosed in this Contract, you agree to pay the difference to us if the actual amount of the balance owed is greater than the amount listed in this Contract. If the actual amount of the balance owed is less than the amount listed in this Contract, then we will pay you the difference.

If you do not deliver the Trade-in Vehicle to us at the time of the initial appraisal, we may reappraise the Trade-in Vehicle when it is delivered to us. If the reappraised value is lower than the original appraisal, you can cancel this transaction as long as you have not taken delivery of the Vehicle.

You represent that (a) you are the sole true and lawful owner of the Trade-in Vehicle, (b) the Trade-in Vehicle has never been titled under any state or federal "brand" such as "defective," "rebuilt," "salvage," "flood," etc., (c) the mileage of the Trade-in Vehicle shown in this Contract is the actual mileage of the Trade-in Vehicle, (d) all emission control equipment is on the Trade-in Vehicle and is in satisfactory working order, and (e) the Trade-in Vehicle has not been damaged by collision or other event and repaired. If any of these representations are not true, we may elect to cancel the transaction. We may also choose to reappraise the Trade-in Vehicle and adjust the Total Balance Due instead of cancelling the transaction. You agree to immediately pay us the difference.

Retail Installment Contract. In the event that you and we enter into a retail installment contract for the financing of the purchase of the Vehicle, the terms of the retail installment contract will control any inconsistencies between this Contract and the retail installment contract.

Vehicle Inspection. You are purchasing the Vehicle based upon your personal inspection, and are not relying upon any opinion, statement, promise or representation of the salesperson, or any other of our employees that is not contained in the written agreements you are signing today.

Vehicle Condition. You understand that the Vehicle may have sustained prior body damage and may have undergone prior mechanical repairs during or after its manufacture, during or after transit to us or while in the possession of prior owners or operators.

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-NC
Bankers Systems™
Wolters Kluwer Financial Services © 2008
NCBUYORD.PDF (925A/364) VER: DOTNET

BUYER'S INITIALS _GH_

BUY-ORDER-NC 2/2/2009
Page 2 of 3

DEF00015

## Warranty Information

**Warranty.** We make no express or implied warranties. Except as required by law, we make no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. We sell the Vehicle AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED, WITH ALL FAULTS.
If this is a new Vehicle, the Vehicle is subject to a standard written manufacturer's warranty. This warranty is made by the manufacturer and not by us.

**Used Car Buyer Notice.** If you are buying a used vehicle, the information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

Gu.a para compradors de veh.culos usados. La informaci–n que ve en el formulario de la ventanilla para este veh.culo forma parte del presente contrato. La informaci–n del formulario de la ventanilla deja sin efecto toda disposici–n en contrario contenida en el contrato de venta.

## Notices

☐ You understand that the balance owed on the Trade-in exceeds the Trade-in Allowance and that as a result the Total Balance Due has been increased by this $ <u>N/A</u> of negative equity.

☐ The Dealer/Seller may receive a fee, commission, or other compensation for providing, procuring, or arranging financing.

## Signatures

This agreement is not binding upon the Dealer\Seller until it is signed by an authorized representative of the Dealer\Seller.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. This is the complete agreement; there are no other written or oral agreements.

☐ A separate Arbitration Agreement is a part of this Contract.



X _____
   **Buyer**                              **Date**

X _____
   **Buyer**                              **Date**



X _____
   **Dealer\Seller**                          **Date**

TOTAL BALANCE DUE ($49084.18) TO BE FINANCED BY:

PATELCO FEDERAL CREDIT UNION

MERCED, CA  95344-

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-NC
Bankers Systems™
Wolters Kluwer Financial Services © 2008
NCBUYORD.PDF (925A/364) VER: DOTNET

BUY-ORDER-NC 2/2/2009
Page 3 of 3

BUYER'S INITIALS_____

**DEF00016**

# M&P Metrolina AUTO GROUP

**Customer Last Name:** ~~Roberts~~ Henderson

**Stock #:** 3601   **In State** _____   **Out of State** X

**Tag Transferred:** _____

**Year:** 2011   **Make:** Masrat.   **Model** Quattroporte

**Vin:** ZAM39FKA4B0057084

**Consignment:** _____

**Bank:** _____   **Account #:** _____

**Insurance Co:** Farmers Ins.   **Policy #:** 1932 12697

**Cash:** _____   **Financing:** X

**Bank:** Patelco FCU

**Gap:** _____   **Warranty:** _____

**Trade In:** _____

**Year:** _____   **Make:** _____   **Model:** _____

**Vin:** _____

**Payoff:** _____   **Account #:** _____

**Payoff Address:** _____

**Down Payment**

**Cash:** _____   **Card:** _____   **Check:** _____

**Balance Remaining:** _____

**Items Owed to Customer:** _____

DEF00017

DEF00018



MVR-2 (Rev.09/08)  NO FEE

## North Carolina Division of Motor Vehicles
# DEALER'S REASSIGNMENT OF TITLE TO A MOTOR VEHICLE

To be used by North Carolina licensed dealers to reassign out-of-state assigned certificates of title, non-title state registration certificates and/or bills of sale or other documents acceptable for obtaining a certificate of title in North Carolina for vehicles acquired by North Carolina dealers. May also be used to reassign manufacturer's certificates of origin and North Carolina certificates of title when the space or spaces provided on these documents for dealer's assignments have been used.

YEAR ___2011___ MAKE ___MASERATI___ BODY STYLE ___SEDAN___ VIN ___ZAM39FKA4B0057084___

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

___GAREY E HENDERSON II___

"I certify to the best of my knowledge that the odometer reading is: ___4821___ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. **WARNING — ODOMETER DISCREPANCY**

___02/04/2016___ To my knowledge the vehicle described herein:
DATE VEHICLE DELIVERED TO PURCHASER  Yes ☐ No ☐  Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐  Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _____

Printed Firm Name ___METROLINA AUTO GROUP___ Dealer No. ___72174___

Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated." _____ seller(s)/(name(s) of principal(s)).

Notary
Signature _____   Notary Printed
or Typed Name _____

"I am aware of the above odometer certification and damage disclosure made by the seller." My Commission Expires _____ (SEAL)

Hand Printed Name and
Signature(s) of Buyer(s) _____

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_____

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. **WARNING — ODOMETER DISCREPANCY**

To my knowledge the vehicle described herein:
DATE VEHICLE DELIVERED TO PURCHASER  Yes ☐ No ☐  Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐  Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _____

Printed Firm Name _____ Dealer No. _____

Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated." _____ seller(s)/(name(s) of principal(s)).

Notary
Signature _____   Notary Printed
or Typed Name _____

"I am aware of the above odometer certification and damage disclosure made by the seller." My Commission Expires _____ (SEAL)

Hand Printed Name and
Signature(s) of Buyer(s) _____

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_____

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. **WARNING — ODOMETER DISCREPANCY**

To my knowledge the vehicle described herein:
DATE VEHICLE DELIVERED TO PURCHASER  Yes ☐ No ☐  Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐  Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _____

Printed Firm Name _____ Dealer No. _____

Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated." _____ seller(s)/(name(s) of principal(s)).

Notary
Signature _____   Notary Printed
or Typed Name _____

"I am aware of the above odometer certification and damage disclosure made by the seller." My Commission Expires _____ (SEAL)

Hand Printed Name and
Signature(s) of Buyer(s) _____

### LIEN OR ENCUMBRANCE - ENTER IN OWNER'S APPLICATION FOR TITLE.
*This form contains the conforming odometer statement and must have the hand printed name and signature of both the buyer and seller.*

Verify authenticity. Face should have a purple background. Back should contain a watermark that is visible when held at a 45 degree angle.

DEF00019

MVR-2 (Rev.09/08)  NO FEE

**North Carolina Division of Motor Vehicles**
# DEALER'S REASSIGNMENT OF TITLE TO A MOTOR VEHICLE

To be used by North Carolina licensed dealers to reassign out-of-state assigned certificates of title, non-title state registration certificates and/or bills of sale or other documents acceptable for obtaining a certificate of title in North Carolina for vehicles acquired by North Carolina dealers. May also be used to reassign manufacturer's certificates of origin and North Carolina certificates of title when the space or spaces provided on these documents for dealer's assignments have been used.

YEAR __2011__ MAKE __MASERATI__ BODY STYLE __SEDAN__ VIN __ZAM39FKA4B0057084__

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:
__GAREY E HENDERSON II__

"I certify to the best of my knowledge that the odometer reading is: ____4821____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

__02/04/2016__   To my knowledge the vehicle described herein:
DATE VEHICLE DELIVERED TO PURCHASER   Yes ☐ No ☐  Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐  Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _____

Printed Firm Name __METROLINA AUTO GROUP__   Dealer No. __72174__

Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary
Signature _____   Notary Printed
or Typed Name _____   My Commission Expires _____   (SEAL)

"I am aware of the above odometer certification and damage disclosure made by the seller."

Hand Printed Name and
Signature(s) of Buyer(s) _____

## RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_____

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

To my knowledge the vehicle described herein:
DATE VEHICLE DELIVERED TO PURCHASER   Yes ☐ No ☐  Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐  Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _____

Printed Firm Name _____   Dealer No. _____

Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary
Signature _____   Notary Printed
or Typed Name _____   My Commission Expires _____   (SEAL)

"I am aware of the above odometer certification and damage disclosure made by the seller."

Hand Printed Name and
Signature(s) of Buyer(s) _____

## RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

_____

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

To my knowledge the vehicle described herein:
DATE VEHICLE DELIVERED TO PURCHASER   Yes ☐ No ☐  Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐  Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _____

Printed Firm Name _____   Dealer No. _____

Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary
Signature _____   Notary Printed
or Typed Name _____   My Commission Expires _____   (SEAL)

"I am aware of the above odometer certification and damage disclosure made by the seller."

Hand Printed Name and
Signature(s) of Buyer(s) _____

**LIEN OR ENCUMBRANCE - ENTER IN OWNER'S APPLICATION FOR TITLE.**
*This form contains the conforming odometer statement and must have the hand printed name and signature of both the buyer and seller.*

Verify authenticity. Face should have a purple background. Back should contain a watermark that is visible when held at a 45 degree angle.

DEF00020

MV-1 (Revised 11-2013)



**DOR - Motor Vehicle Title/Tag Application**

| | |
|---|---|
| Original Title Fee | $ 18.00 |
| Replacement Title Fee | $ 8.00 |
| Title Penalty Fee | $ 10.00 |
| Expedited Title Fee | $ 10.00 |

*Expedited title processing is only available by mail or in person at DOR/Motor Vehicle Division for non Title Ad Valorem Tax vehicles.

| | | |
|---|---|---|
| Fair Market Value | | N/A |
| *Rebates | - | |
| Trade in Value | - | N/A |
| Taxable Value | = | N/A |
| Taxable Value x Rate | = | N/A _____ (TAVT) |

* This value is applicable only for a new vehicle not listed in the MVD assessment manual.

**Vehicle Section:**  Except for the signature, this application must be typed, electronically completed & printed or legibly hand printed in black or blue ink.

| Vehicle Identification Number | Year | Make | Body Style | Model | Color | Cylinders | New or Used |
|---|---|---|---|---|---|---|---|
| ZAM39FKA4B0057084 | 2011 | MASERATI | SEDAN | QUATTROPPORTE | BLACK | | Used |

| Date Purchased | Emission Certificate # | Current Title # | Current Title's State of Issue | GA County of Residence | District # |
|---|---|---|---|---|---|
| 02/04/2016 | | | | GA FULTON | |

| Odometer Reading | | Fuel |
|---|---|---|
| 4821 | Odometer reading is actual miles unless you check one of the following boxes: ☐ EXEMPT  ☐ Exceeds Mechanical Limits of Odometer  ☐ Not the Actual Mileage, Warning odometer discrepancy) | |

**Complete For All Commercial Vehicles**

| Gross Vehicle Weight & Load | Straight Truck? | Used For Hire? | Type of Trailer Pulled? | Product Hauled? | Is This A Farm Vehicle? |
|---|---|---|---|---|---|
| N/A | ☐ Yes  ☐ No | ☐ Yes  ☐ No | | | ☐ Yes  ☐ No |

**Number of Owners** _____  **Owner Section**   Leased Vehicle? ☒ No ☐ Yes (Complete Lessee Section)

| Owner # 1 | | Full Legal Name of Owner #1 | | | | Date of Birth |
|---|---|---|---|---|---|---|
| Driver's License # (if individual) 059875616 | State/Country of Issue* GA | First | Middle GAREY E | Last HENDERSON II | Suffix | 02/18/1980 |

| If you purchased this vehicle from an out-of-state dealer/business, did you pick-up the vehicle out-of-state? ☐ Yes  ☐ No | Full Legal Name of Business/Leasing Company's Name  N/A | Purchaser's GA Sales Tax # (when applicable) |
|---|---|---|

| Owner # 2 | | Full Legal Name of Owner #2 | | | | Date of Birth |
|---|---|---|---|---|---|---|
| Driver's License # (if an individual) N/A | State/Country of Issue* | First | Middle | Last | Suffix | N/A |
| | | Full Legal Name of Business/Leasing Company's Name | | | | |

| Address (Street address including city, state & zip) N/A ATLANTA, GA 30305- | Mailing Address (If different from street address including city, state & zip) N/A |
|---|---|

| Seller Section | Lessee Section |
|---|---|
| GA Dealer's/Bank's 12 Digit Customer ID# (If Applicable) 72174   1210472 | Driver's License #, if individual* |
| Full Legal Name or Business Name & Address: METROLINA AUTO GROUP  CHARLOTTE, NC 28217 | Lessee's Full Legal Name & Address or Business Lessee's Full Name & Address: |
| If Georgia Seller, GA County Name MECKLENBURG  * Directly Financed Dealer Sale ☐ | Lessee's GA County Location |

**Number of Security Interests or Liens:** _1_   **Security Interests or Liens Section**

| Security Interest Holder's/Lien Holder's ELT 12 Digit Customer ID # | Security Interest Holder's/Lien Holder's ELT 12 Digit Customer ID # |
|---|---|
| Name & Address of 1ˢᵗ Security Interest Holder/Lien Holder: PATELCO FEDERAL CREDIT UNION  MERCED, CA 95344- | Name & Address of 2ⁿᵈ Security Interest Holder/Lien Holder: |
| Security Interest Holder's/Lien Holder's ELT 12 Digit Customer ID# | Name & Mailing Address of Attorney-in-Fact - Attach original power of attorney if title is to be mailed to attorney-in-fact. |
| Name & Address of 3ʳᵈ Security Interest Holder/Lien Holder: | CHARLOTTE, NC 28217 |

I do solemnly swear or affirm under criminal penalty of a felony for fraudulent use of a false or fictitious name or address or for making a material false statement punishable by fine up to $5,000 or by imprisonment of up to five years, or both, that the statements contained herein are true & accurate.

Owner #1 Signature _____   Owner #2 Signature _____
*A Georgia license plate and registration will not be issued until the applicant presents, at the time of application, their valid Georgia driver's license or Georgia identification card.   Owner's E-mail Address _____

MV-1.PDF (17U/40) VER: DOTNET

DEF00021



**Charlotte, NC 28217**
**704 559-8100**
**WWW.EUROWISE.COM**

Repair Order #**0019594**
Date : 1/21/16
Page : **1**
Center : **2**
3601

| | | |
|---|---|---|
| Customer : METROLINA AUTO GROUP | Vehicle : 2011 MASE QUATTROPORTE | |
| Address : ▮▮▮▮▮▮ | License : | Clr : |
| City : CHARLOTTE, NC 28217- | VIN : ZAM39FKA4B0057084 | |
| Phone 1 : ( 704 ) 705-2570   Ext : | Engine : V8-4244 4.2L | Trans : AUTO |
| Phone 2 : ( 704 ) 704-2437   Ext : FAX | Mileage : 4473 | Othe : |

| Op | Tech Quan | Description Part Number | Part Description | Reason for Replacement | Labor | Parts Price | Subtotal |
|---|---|---|---|---|---|---|---|
| | | **Mileage In: 4473   Mileage Out: 4473** | | | | | |
| ABR001 | JLT | ARBITRATION | | | 90.00 | | 90.00 |
| OIL402 | JLT | SYNTHETIC OIL CHANGE, FILTER & LUBRICATION: CHANGE ENGINE OIL WITH UP TO 5 QTS OF MOTOR OIL, REPLACE OIL FILTER AND LUBRICATE CHASSIS WHERE POSSIBLE  *** additional oil extra *** | | | 45.00 | 133.08 | 178.08 |
| | 10.00 | LM 3869 | OIL - 5W40 SYNTHETIC | | | 75.50 | |
| | 1.00 | | FILTER | | | 57.58 | |
| SIN005 | JLT | NC STATE EMISSION INSPECTION | | | 40.00 | | 40.00 |
| COM005 | JLT | PERFORMED A BATTERY RESET AND FIXED THE DOOR LOCKS, DOOR HANDLES, AND TRUNK SWITCH. | | | 45.00 | | 45.00 |
| COM005 | JLT | -DIAG DONE- RIGHT FRONT WINDOW DOES NOT WORK. NEEDS FURTHER DIAG. | | | 45.00 | | 45.00 |
| | JLT | FURTHER DIAG FOUND RIGHT FRONT WINDOW REGULATOR IS BAD. REGULATOR PROVIDED BY METROLINA. | | | 135.00 | 0.00 | 135.00 |
| | 1.00 | | WINDOW REGULATOR | | | Declined | |
| COM005 | JLT | BATTERY IN CAR IS TOO SMALL AND DRAINS EASILY. | | | 67.50 | 221.46 | 288.96 |
| | 1.00 | | H8 | | | 221.46 | |
| COM010 | JLT | WASHER TANK CAP IS MISSING. | | | 450.00 | 297.78 | 747.78 |
| | 1.00 | | WASHER TANK | | | 297.78 | |
| COM005 | JLT | PARKING AID IS INOP. NEEDS FURTHER DIAG. | | | 45.00 | | 45.00 |
| | JLT | LEFT FRONT POWER FOLD MIRROR GETS STUCK CLOSED. NEEDS FURTHER DIAG. | | | 45.00 | | 45.00 |
| | JLT | -REPAIRED- TRUNK BUTTON IS INOP. | | | 0.00 | | |

| OK | Bad | Recommendation | OK | Bad | Recommendation | OK | Bad | Recommendation |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

I hereby authorize the repair work to be done along with the necessary parts and materials and hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere, at your des-cretion, for the purpose of testing and/or inspection.  An express mechanics lien is hereby acknowledged on the above vehicle to secure the amount of re-pairs thereto.I understand that dealer/owner is not responsible for delay or other consequence due to the unavailability of parts shipments beyond their control.Not responsible for damage or articles left in car in case of fire, theft or any other cause beyond our control. PARTS WARRANTY IS 12 MONTHS OR 12000 MILES WHICH EVER OCCURS FIRST,UNLESS SPECIFIED OTHERWISE!

| | |
|---|---|
| Labor : | $967.50 |
| Parts : | $652.32 |
| Sublet : | $40.00 |
| Other Fees : | $0.00 |
| Shop/Enviro | $15.00 |
| Subtotal : | $1,674.82 |
| Sales Tax : | $0.00 |

Paid By : AMEX
Pay Ref :

| | |
|---|---|
| Total : | $1,674.82 |
| Paid : | $1,674.82 |
| Due : | $0.00 |

**DEF00022**



**eurowise** ®

Charlotte, NC 28217
704 559-8100
WWW.EUROWISE.COM

Repair Order #**0019594**
Date : 1/21/16
Page : **2**
Center : **2**

| | |
|---|---|
| Customer : METROLINA AUTO GROUP | Vehicle : 2011 MASE QUATTROPORTE |
| Address : ▓▓▓▓▓▓▓▓▓ | License :      Clr : |
| City : CHARLOTTE, NC 28217- | VIN : ZAM39FKA4B0057084 |
| Phone 1 : ( 704 ) 705-2570   Ext : | Engine : V8-4244 4.2L   Trans : AUTO |
| Phone 2 : ( 704 ) 704-2437   Ext : FAX | Mileage : 4473   Othe : |

| Op | Tech Quan | Description Part Number | Part Description    Reason for Replacement | Labor | Parts Price | Subtotal |
|---|---|---|---|---|---|---|
| COM005 | | JLT -REPAIRED- DOOR LOCK BUTTONS ARE INOP. | | 0.00 | | |
| | | JLT -REPAIRED- ELECTRONIC OPENING ON DOORS IS INOP. | | 0.00 | | |
| | | JLT RADIO TRIM IS SCRATCHED UP. | | 0.00 | | |
| | | JLT UPPER ENGINE COVER IS CRACKED AND BROKEN. | | 0.00 | | |
| | | JLT IMPACT IN L/R ROCKER PANEL. | | 0.00 | | |
| | | JLT FRONT BUMPER HAS BAD BODY WORK. (PAINT, FITMENT, ALIGNMENT) | | 0.00 | | |
| | | JLT RIGHT FRONT SEAT BOTTOM BUTTON IS MISSING. | | 0.00 | | |
| | | JLT RIGHT FRONT FENDER LINER RUBS THE WHEEL. | | 0.00 | | |
| | | JLT BUMPER FRAME IS BENT AND PUSHED IN. LOWER ENGINE PANELS ARE BROKEN AND DISTORTED. WILL NEED TO GO TO A BODY SHOP. | | 0.00 | | |
| COM010 | | JLT RUBBER MOULDING IS FADING. | | 0.00 | | |
| COM005 | | JLT CENTER CONSOLE LID COOLING SEAL IS MISSING. | | Declined | 0.00 | |
| | 1.00 | | CENTER CONSOLE | | | Declined |
| | | JLT STEERING GEAR IS LEAKING FLUID AND WILL NEED TO BE REPLACED. | | Declined | 0.00 | |
| | 1.00 | | STEERING GEAR | | | Declined |
| | | JLT WIPER BLADES NEED TO BE REPLACED. | | Declined | 0.00 | |
| | 1.00 | | DRIVER WIPER | | | Declined |
| | 1.00 | | PASS WIPER | | | Declined |
| | | JLT COOLANT BOTTLE IS CRACKING. | | Declined | 0.00 | |
| | 3.00 | | COOLANT | | | Declined |
| | 1.00 | | EXPANSION TANK | | | Declined |
| | | -------------------- | | | | |

| OK Bad | Recommendation | OK Bad | Recommendation | OK Bad | Recommendation |
|---|---|---|---|---|---|
| | | | | | |

I hereby authorize the repair work to be done along with the necessary parts and materials and hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere, at your des-cretion, for the purpose of testing and/or inspection. An express mechanics lien is hereby acknowledged on the above vehicle to secure the amount of re-pairs thereto.I understand that dealer/owner is not responsible for delay or other consequence due to the unavailability of parts shipments beyond their control.Not responsible for damage or articles left in car in case of fire, theft or any other cause beyond our control. PARTS WARRANTY IS 12 MONTHS OR 12000 MILES WHICH EVER OCCURS FIRST,UNLESS SPECIFIED OTHERWISE!

| | |
|---|---|
| Labor : | $967.50 |
| Parts : | $652.32 |
| Sublet : | $40.00 |
| Other Fees : | $0.00 |
| Shop/Enviro | $15.00 |
| Subtotal : | $1,674.82 |
| Sales Tax : | $0.00 |

| Paid By : AMEX | Total : | $1,674.82 |
|---|---|---|
| Pay Ref : | Paid : | $1,674.82 |
| | Due : | $0.00 |

DEF00023



**Charlotte, NC 28217**
**704 559-8100**
**WWW.EUROWISE.COM**

| Repair Order # | **0019594** |
|---|---|
| Date : | 1/21/16 |
| Page : | 3 |
| Center : | 2 |

---

**Customer :** METROLINA AUTO GROUP
**Address :** ▮▮▮▮▮▮▮▮▮▮▮
**City :** CHARLOTTE, NC 28217-
**Phone 1 :** ( 704 ) 705-2570  **Ext :**
**Phone 2 :** ( 704 ) 704-2437  **Ext :** FAX

**Vehicle :** 2011 MASE QUATTROPORTE
**License :**  **Clr :**
**VIN :** ZAM39FKA4B0057084
**Engine :** V8-4244 4.2L  **Trans :** AUTO
**Mileage :** 4473  **Othe :**

| Op | Tech Quan | Description Part Number | Part Description | Reason for Replacement | Labor | Parts Price | Subtotal |
|---|---|---|---|---|---|---|---|

Payments:
AMEX, $1674.82, on 01/21/16

OK  Bad  Recommendation  OK  Bad  Recommendation  OK  Bad  Recommendation

I hereby authorize the repair work to be done along with the necessary parts
and materials and hereby grant you and/or your employees permission to
operate the vehicle herein described on streets, highways or elsewhere, at
your des-cretion, for the purpose of testing and/or inspection.  An express
mechanics lien is hereby acknowledged on the above vehicle to secure the
amount of re-pairs thereto.I understand that dealer/owner is not responsible
for delay or other consequence due to the unavailability of parts shipments
beyond their control.Not responsible for damage or articles left in car in
case of fire, theft or any other cause beyond our control. PARTS WARRANTY IS
12 MONTHS OR 12000 MILES WHICH EVER OCCURS FIRST,UNLESS SPECIFIED OTHERWISE!

| | |
|---|---|
| Labor : | $967.50 |
| Parts : | $652.32 |
| Sublet : | $40.00 |
| Other Fees : | $0.00 |
| Shop/Enviro | $15.00 |
| Subtotal : | $1,674.82 |
| Sales Tax : | $0.00 |

**Paid By :** AMEX
**Pay Ref :**

| | |
|---|---|
| Total : | $1,674.82 |
| Paid : | $1,674.82 |
| Due : | $0.00 |

DEF00024



770.422.1776 PHONE
770.426.6155 FAX
49 ATLANTA STREET
MARIETTA, GEORGIA 30060
WWW.GREGORYDOYLEFIRM.COM

March 5, 2018

**VIA FEDERAL EXPRESS**
Metrolina Auto Group, LLC
Attn: Ryan Wildrick, Manager

Charlotte, North Carolina 28217

  Re:  **Statutory Notice Pursuant to O.C.G.A. § 10-1-399(b)**
     **Contract No.: 3978**
     **Stock No.: 3601**
     **2011 Maserati Quattropport Sedan**
     **VIN ZAM39FKA4B0057084**
     **Buyer: Garey Henderson**
     **Date of Buyer's Order: February 4, 2016**

Dear Mr. Wildrick:

  Metolina Auto Group, LLC ("Metrolina") sold Mr. Henderson the referenced vehicle pursuant to a Buyer's Order dated February 4, 2016 as referenced. Mr. Henderson took delivery of the vehicle in Georgia, paying Metrolina $49,084.18 for the vehicle. The vehicle had an odometer mileage of 4821 when Mr. Henderson took delivery. The vehicle was represented by you and Metrolina as a premium vehicle in the nature of a collectible automobile. Mr. Henderson believed your representations and paid the $49,084.18 in reliance on them. He drove the car a little over 10,000 miles until he was involved in an accident on or about October 15, 2017. The other driver, Harry Bronson, was at fault and was insured by GEICO. Mr. Henderson's vehicle sustained front end damage.

  Mr. Henderson took the vehicle to the GEICO inspection office at Classic Collision located at 701 Cobb Parkway South, Marietta, Georgia 30060 on or about October 25, 2017. GEICO employee John Murray provided Mr. Henderson with reports of GEICO's inspection. Naturally, GEICO was interested in prior damage, and in the initial inspection noted prior bumper scratches. But after looking closer, GEICO and Mr. Murray discovered unimaginable prior damage, so severe and so threatening to safety that GEICO refused to authorize work on the vehicle. There was, as shown in the attached, severe damage to the radiator support and frame rails such that the front end of the vehicle threatened to collapse at any time while the vehicle was in motion. Since October 31, 2017, Mr. Henderson has been unable to use the vehicle and its current worth is for scrap.

  Metrolina and you violated O.C.G.A. § 10-393(5) and (7) in your sale of this vehicle to Mr. Henderson. You also committed actual fraud concerning the condition of the vehicle which Mr. Henderson as a consumer could not have discovered in the exercise of due diligence. The discovery of this incredible damage was made only by GEICO around October 31, 2017. Mr. Henderson is entitled to three times his actual damages in connection with the transaction because

GREGORY, DOYLE, CALHOUN & ROGERS, LLC

DEF00025

there was an intentional violation of O.C.G.A. § 10-1-390 et seq., plus attorney's fees and exemplary damages. On his fraud claims, Mr. Henderson is entitled to actual damages, attorneys' fees and unlimited punitive damages because you had specific intent to harm him.

Mr. Henderson pursuant to O.C.G.A. § 10-399(b), hereby makes demand for payment by Metrolina and you of $120,000 for a full release of his claims against Metrolina and you.

Please contact me or have your lawyer contact me next week about this important matter.

Sincerely,

GREGORY, DOYLE, CALHOUN & ROGERS, LLC

Charles M. Dalziel, Jr.
For the Firm

CMD/aln
Enclosures



GEICO Indemnity Company

One Geico Center
Macon, GA 31296-0001

**Company:**   GEICO Indemnity Company

**Date:**   November 8, 2017

**From:**   John Murray
678-579-6752

**To:**   Garey  Henderson

**RE:**   Claim Documents 0182889280101250

**03**

## Claim Summary

**Owner: Garey Henderson**
Vehicle Year: 2011    Make: MASE    Model: Quattroporte
Body Style: 4D SED    Engine: 8-4.2L Gasoline MPFI

### Insurance Information

| | | | |
|---|---|---|---|
| Adjuster: | AV28 | Appraiser: | MURRAY, JOHN |
| Adjuster License #: | | Appraiser License #: | cy58 |
| Policy #: | 2001936943 | | |

### Vehicle Owner

| | | | |
|---|---|---|---|
| Insured: | Harry Bronson | Loss Type: | Liability |
| Owner: | Garey Henderson | Evening: | (301) 257-2179 |
| | 431 Wallis Farm Way | | |
| | Marietta, GA 30064 | | |

### Vehicle Information

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

| | | | | | |
|---|---|---|---|---|---|
| VIN: | ZAM39FKA4B0057084 | Production Date: | | Interior Color: | |
| License: | RCF 4360 | Odometer: | 15147 | Exterior Color: | |
| State: | GA | Condition: | | Drivable: | Yes |
| Primary Impact Point: | Right Front | | | | |
| Secondary Impact Point: | | | | | |

### Inspection Information

Place of Inspection:
Address:          701 COBB PKWY S
                  MARIETTA, GA 30060

DEF00028

**03**

Claim #: 0182889280101250-05

## Claim Summary

**Owner: Garey Henderson**
Vehicle Year: 2011    Make: MASE    Model: Quattroporte
Body Style: 4D SED    Engine: 8-4.2L Gasoline MPFI

| Estimate to Repair | |
|---|---|
| Estimate | $ 870.00 |
| | |
| Taxable Subtotal | $ 870.00 |
| Tax | 17.70 |
| | |
| Non-Taxable Subtotal | $ 887.70 |
| Betterment | 0.00 |
| Deductible | 0.00 |
| Appearance Allowance | 0.00 |
| 0% Negligence | 0.00 |
| Calculated Net Loss | $ 887.70 |

LKQ Parts Not Included
A/M Parts Not Included
Opt OEM Parts Not Included
Recond Parts Not Included

| Total Loss Valuation | |
|---|---|
| Vehicle Valuation | $ 0.00 |
| Supp. Taxable Adjustments | 0.00 |
| Taxable Subtotal | $ 0.00 |
| Tax | 0.00 |
| Supp. Non-Taxable Adjustments | 0.00 |
| Non-Taxable Subtotal | $ 0.00 |
| Owner Retained Salvage | 0.00 |
| Deductible | 0.00 |
| | |
| 0% Negligence | 0.00 |
| Calculated Net Loss | $ 0.00 |

Vehicle Valuation Request#

### Settlement Information

| | |
|---|---|
| Settlement Type: | Repairable |
| Negotiated Settlement: | $ 887.70 |
| Settlement Outstanding: | $ 887.70 |

### Comments

VEH HAS A LOT OF PRIOR DAMAGE ON THE VEH UNRELATED TO CLAIM. ADV CUSTOMER SHOP UNWILLING TO WORK ON VEH IMPACT RADIATOR SUPPORT AND FRAME RAILS SEVERE DAMAGE AND VEH IS UNSAFE TO DRIVE ADV CUSTOMER OF INFO ADV CUSTOMER WILL PAY FOR ESTIMATE ON REPAIRS AND OFFERED TO TOW VEH TO LOCATION FOR CUSTOMER.

### Events

| Date | Time | Event |
|---|---|---|
| 10/15/2017 | | Loss occurred |
| 10/17/2017 | | Loss reported |
| 10/24/2017 | | Date assigned. |
| 10/25/2017 | 8:16 AM | Assignment Retrieved. |
| 10/25/2017 | 1:33 PM | Workfile Created. |
| | | Comments: Workfile was created. |
| 10/25/2017 | 1:36 PM | First preliminary estimate line written. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions request sent. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions received. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions received. |
| 10/27/2017 | 3:51 PM | Vehicle Identity Solutions request sent. |
| 10/31/2017 | 3:40 PM | Date Vehicle Owner Contacted on Collision Estimate |
| 10/31/2017 | 3:41 PM | Advisor report on estimate requested |
| 10/31/2017 | 3:41 PM | Advisor report on estimate received |
| 10/31/2017 | 3:41 PM | Vehicle Equipment Report request sent. |

DEF00029

**03**

## Claim Summary

**Owner: Garey Henderson**
Vehicle Year: 2011     Make: MASE     Model: Quattroporte
Body Style: 4D SED     Engine: 8-4.2L Gasoline MPFI

| | | |
|---|---|---|
| 10/31/2017 | 3:41 PM | Vehicle Equipment Report received. |
| 10/31/2017 | 3:41 PM | Estimate of Record created. |

DEF00030

# GEICO

03
FOR SUPPLEMENT REQUESTS COPY THE
LINK BELOW
http://partner.geico.com/gvbps/Logon.asp
JOMURRAY@GEICO.COM

Phone: (678) 579-6752

Claim #:                     0182889280101250-05
Workfile ID:                           a4f669af

### Estimate of Record

Written By: JOHN MURRAY, License Number: cy58, 10/31/2017 3:41:45 PM
Adjuster: AV28

| | | | | | | |
|---|---|---|---|---|---|---|
| Insured: | Harry Bronson | Owner Policy #: | | Claim #: | 0182889280101250-05 | |
| Type of Loss: | Liability | Date of Loss: | 10/15/2017 01:00 AM | Days to Repair: | 4 | |
| Point of Impact: | 01 Right Front | Deductible: | | | | |

**Owner (Claimant):**          **Inspection Location:**          **Appraiser Information:**          **Repair Facility:**

Garey Henderson
431 Wallis Farm Way
Marietta, GA 30064
(301) 257-2179 Evening

701 COBB PKWY S
MARIETTA, GA 30060
Drive-in

jomurray@geico.com

Classic Collision of Marietta
701 Cobb Pkwy
Marietta, GA 30060
460577055 Federal ID

## VEHICLE

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

| | | | | | |
|---|---|---|---|---|---|
| VIN: | ZAM39FKA4B0057084 | Production Date: | | Interior Color: | |
| License: | RCF 4360 | Odometer: | 15147 | Exterior Color: | |
| State: | GA | Condition: | | | |

| TRANSMISSION | Overhead Console | AM Radio | ROOF |
|---|---|---|---|
| Automatic Transmission | Wood Interior Trim | FM Radio | Electric Glass Sunroof |
| **POWER** | **CONVENIENCE** | Stereo | **SEATS** |
| Power Steering | Air Conditioning | Search/Seek | Leather Seats |
| Power Brakes | Intermittent Wipers | CD Player | Heated Seats |
| Power Windows | Tilt Wheel | Auxiliary Audio Connection | **WHEELS** |
| Power Locks | Cruise Control | Premium Radio | Aluminum/Alloy Wheels |
| Power Mirrors | Rear Defogger | Equalizer | **PAINT** |
| Heated Mirrors | Keyless Entry | **SAFETY** | Clear Coat Paint |
| Power Driver Seat | Steering Wheel Touch Controls | Drivers Side Air Bag | **OTHER** |
| Power Passenger Seat | Telescopic Wheel | Passenger Air Bag | Fog Lamps |
| Memory Package | Climate Control | Anti-Lock Brakes (4) | Traction Control |
| **DECOR** | Navigation System | 4 Wheel Disc Brakes | Stability Control |
| Dual Mirrors | Parking Sensors | Front Side Impact Air Bags | Xenon Headlamps |
| Rear Power Sunshade | Home Link | Head/Curtain Air Bags | Headlamp Washers |
| Console/Storage | **RADIO** | Positraction | Power Trunk/Gate Release |

DEF00031

Claim #:  0182889280101250-05
Workfile ID:  a4f669af

## Estimate of Record

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| 1 | # | Rpr | front bumper | | | | | |
| 2 | # | R&I | R&I BUMPER | | | | 1.5 | 1.5 |
| 3 | # | | FRONT LAMP RI | | 1 | | 1.7 | |
| 4 | # | | FENDER REPAIR | | 1 | | | |
| 5 | # | | FRONT DOOR REPAIR | | 1 | | 6.0 | 1.6 |
| 6 | # | | RECON RF WHEEL | | 1 | | 0.5 | |
| 7 | # | Repl | Flex Additive | | 1 | 189.00 | | |
| 8 | # | Repl | Restore Corrosion Protection | | 1 | 3.00 | | |
| 9 | **OTHER CHARGES** | | | | 1 | 10.00 | 0.2 | |
| 10 | # | | E.P.C. | | 1 | 3.00 | | |
| | | | | **SUBTOTALS** | | **205.00** | **9.9** | **3.1** |

## NOTES

Prior Damage Notes:
SCRATCHES ON FRONT BUMPER SCRATCHES ON DS   DR SCRATCHES ON REAR BUMPER SCRATCHES ON SCRATCHES ON PASS DR PAINT ORANGE PEELIN

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | 202.00 |
| Body Labor | 9.9 hrs | @ | $ 44.00 /hr | 435.60 |
| Paint Labor | 3.1 hrs | @ | $ 44.00 /hr | 136.40 |
| Paint Supplies | 3.1 hrs | @ | $ 30.00 /hr | 93.00 |
| Other Charges | | | | 3.00 |
| Subtotal | | | | 870.00 |
| Sales Tax | $ 295.00 | @ | 6.0000 % | 17.70 |
| **Total Cost of Repairs** | | | | **887.70** |
| **Total Adjustments** | | | | **0.00** |
| **Net Cost of Repairs** | | | | **887.70** |

DEF00032

Claim #:          0182889280101250-05
Workfile ID:                    a4f669af

**Estimate of Record**

2011 MASE Quattroporte 4D SED 8-4.2L Gasoline MPFI

This is not an authorization to repair.

All GEICO customers have the right to have their vehicle repaired in the shop of their choice.

No Supplement will be honored unless authorized by GEICO.

NOTICE: Vehicles constructed of special metals may require the use of specialized welding and bonding equipment. Proper measuring and structural repair systems are required on today's vehicle to accurately accomplish vehicle repairs. Make sure your shop has the proper equipment to repair your vehicle.

ALTERNATE PARTS DISCLAIMER:
IF A QUALITY REPLACEMENT PART (A/M, LKQ, RECOND OR OPT OEM) APPEARS ON THIS ESTIMATE, IT INDICATES THAT THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF ONE OR MORE CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. GUARANTEES, IF ANY, APPLICABLE TO THESE REPLACEMENT CRASH PARTS ARE PROVIDED BY THE PART MANUFACTURER OR DISTRIBUTOR RATHER THAN BY THE MANUFACTURER OF YOUR VEHICLE.

***IN ADDITION TO ANY SUCH GUARANTEES, GEICO PROVIDES THE FOLLOWING:
****OWNER LIMITED GUARANTEE**** WE GUARANTEE THAT ALL QUALITY REPLACEMENT BODY PARTS (PARTS NOT MANUFACTURED BY THE MANUFACTURER) IDENTIFIED ON YOUR ESTIMATE, ARE FREE OF DEFECTS IN MATERIAL AND WORKMANSHIP AND MEET GENERALLY ACCEPTED INDUSTRY STANDARDS. THIS PARTS AND LABOR GUARANTEE WILL BE IN EFFECT FOR AS LONG AS YOU OWN THE VEHICLE DESCRIBED IN THE ESTIMATE. THIS GUARANTEE COVERS THE COST OF THE PART, LABOR TO INSTALL, AND INCIDENTALS SUCH AS PAINT AND MATERIALS AND IS SPECIFICALLY LIMITED TO THOSE ITEMS. THIS GUARANTEE DOES NOT COVER LOSS OR DAMAGE THAT IS UNRELATED TO DEFECTS IN THE QUALITY REPLACEMENT PARTS. THIS IS NOT TRANSFERABLE. IF ANY QUALITY REPLACEMENT PARTS ARE DEFECTIVE IN EITHER MATERIAL OR WORKMANSHIP, CONTACT YOUR LOCAL GEICO REPRESENTATIVE.

NOTICE TO THIRD PARTY CLAIMANTS: Failure to use the insurance proceeds in accordance with a security agreement between you and a lienholder, if any, may be a violation of Code Section 16-8-4 of the O.C.G.A. If you have any questions, contact your lending institution.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

IF YOU ARE INSURED WITH GEICO OR ONE OF ITS AFFILIATED COMPANIES IN THE STATE OF GEORGIA, YOU MAY BE ENTITLED TO COMPENSATION FOR DIMINISHED VALUE IN CONNECTION WITH THIS CLAIM .

DEF00033

## ATTACHMENT "D"

**Defendants are not seeking any damages from Plaintiff at this time.**

## ATTACHMENT "E"

Defendants are in the process of obtaining a copy of a policy of insurance that may be relevant to this action and will supplement this response upon receipt of said documents.

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2018, I electronically filed **DEFENDANTS METROLINA AUTO GROUP, LLC AND RYAN WILDRICK'S INITIAL DISCLOSURES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Charles M. Dalziel, Jr., Esq.
> GREGORY, DOYLE, CALHOUN & ROGERS, LLC
> 49 Atlanta Street
> Marietta, Georgia 30060
> Email: cdalziel@gregorydoylefirm.com

> /s/Andrew E. Feske
> ANDREW E. FESKE
> Georgia Bar No. 103245
> For the Firm
> afeske@mkblawfirm.com

M0425046.1 14127                    -14-